The above attached file is my response to this claim.

Thank you,

Larry E. Beer

 Virus-free. www.avast.com

This message (including any attachments) may contain confidential, proprietary, privileged and/or private information. The information is intended to be for the use of the individual or entity designated above. If you are not the intended recipient of this message, please notify the sender immediately and delete the message and any attachments. Any disclosure, reproduction, distribution or other use of this message or any attachments by an individual or entity other than the intended recipient is prohibited.

 **Beer - Appraisal Response - LA56442.doc**
77K

---

**Larry Beer** <beerls@tds.net>  Tue, Apr 10, 2018 at 12:05 PM
To: David Miller <david@millerpublicadjusters.com>

Dave,

Travelers sent me this response to our appraisal request. They said that they cc it on to you but I didn't see it in the list so I am sending it on to you. If you would please don't allow the settlement to use the recoverable depreciation as I don't trust them because of the troubles I have already had. Please keep me up to date with transactions and responses. They are already forgetting important facts giving me more of a taste of distrust.

Thank you,

Larry Beer
[Quoted text hidden]

 **Beer - Appraisal Response - LA56442.doc**
77K

---

**David Miller** <david@millerpublicadjusters.com>  Tue, Apr 10, 2018 at 11:30 PM
To: Larry Beer <beerls@tds.net>

Larry,

I did get the letter. They are trying to limit the scope of appraisal which they can't do. I'm going to contact their appraiser and make sure he's on the same page with me that they can't do that. I'll let you know once I touch base with him.

**David Miller**
*Licensed Public Adjuster*
**Miller Public Adjusters, LLC**
C: 920.475.6333 | TF: 800.958.4829 | F: 920.350.6022
518 S Westland Dr. | Appleton, WI 54914
300 N LaSalle St. Ste. 4925 | Chicago, IL 60654



EXHIBIT
Miller 5
JKN 2-4-20