I'd like to talk to your roofer that you plan on using to replace the roof before the Friday meeting. Can you send me their contact info?

**David Miller**
*Licensed Public Adjuster*
**Miller Public Adjusters, LLC**
C: 920.475.6333 | TF: 800.958.4829 | F: 920.350.6022
518 S Westland Dr. | Appleton, WI 54914
300 N LaSalle St. Ste. 4925 | Chicago, IL 60654

[Quoted text hidden]

---

**Larry Beer** <beerls@tds.net>  Thu, May 24, 2018 at 10:49 PM
To: David Miller <david@millerpublicadjusters.com>

The roofer is Tru Home Inc. 2803 8th Ave. Monroe WI 53566 Phone # 608-214-6415 Contact person: Brian Reifschneider

[Quoted text hidden]

---

**Larry Beer** <beerls@tds.net>  Thu, May 24, 2018 at 11:05 PM
To: David Miller <david@millerpublicadjusters.com>

David,
   Remember that there is to be "No" depreciation in the settlement I fired the insurance company because I don't trust them and I never want to deal or contact them again.....

Thank you,
Larry Beer

[Quoted text hidden]

---

**David Miller** <david@millerpublicadjusters.com>  Thu, May 24, 2018 at 11:12 PM
To: Larry Beer <beerls@tds.net>

Thanks Larry.

**David Miller**
*Licensed Public Adjuster*
**Miller Public Adjusters, LLC**
C: 920.475.6333 | TF: 800.958.4829 | F: 920.350.6022
518 S Westland Dr. | Appleton, WI 54914
300 N LaSalle St. Ste. 4925 | Chicago, IL 60654

[Quoted text hidden]

---

**David Miller** <david@millerpublicadjusters.com>  Fri, May 25, 2018 at 7:54 AM
To: Larry Beer <beerls@tds.net>

Larry, there will always be depreciation in any settlement due to the roof and other damaged items are not brand new. You'll recover that when the work is completed.

**David Miller**
*Licensed Public Adjuster*
**Miller Public Adjusters, LLC**
C: 920.475.6333 | TF: 800.958.4829 | F: 920.350.6022
518 S Westland Dr. | Appleton, WI 54914
300 N LaSalle St. Ste. 4925 | Chicago, IL 60654

On Thu, May 24, 2018 at 11:12 PM, David Miller <david@millerpublicadjusters.com> wrote:
> Thanks Larry.



EXHIBIT
Miller 8
TKN 2-4-20