

David Miller <david@millerpublicadjusters.com>

## Update
4 messages

---

**David Miller** <david@millerpublicadjusters.com>  
To: Larry Beer <beerls@tds.net>

Mon, Jun 11, 2018 at 10:58 AM

Larry,

I was able to get the meeting rescheduled for the 18th at 10am.   Just wanted to give you a heads up.

David Miller  
*Licensed Public Adjuster*  
**Miller Public Adjusters, LLC**  
C: 920.475.6333 | TF: 800.958.4829 | F: 920.350.6022  
518 S Westland Dr. | Appleton, WI 54914  
300 N LaSalle St. Ste. 4925 | Chicago, IL 60654

---

**Larry Beer** <beerls@tds.net>  
To: David Miller <david@millerpublicadjusters.com>

Tue, Jun 12, 2018 at 5:57 AM

Dave,

    Again, I feel this settlement with Travelers should be final.  I had replacement cost insurance with Travelers that I paid for, so no depreciation should be needed.  I understand that in the policy they are allowed to hold back monies called depreciation to make sure repairs are done.  As I see it Travelers has had their chance to settle the claim in a fair manner and failed to capitalize on it.  Because of this action they have endeavored I don't trust them.  Please don't make me trust them again to send out other checks.  I have had all I can take of their involvement in this claim and frankly I can't afford any more delays getting complete settlement.  Investments in building inspectors, lawyer firms, required repairs already done, getting estimates with charges, your charges, let alone my time of many hours should be enough for you to understand my feelings.  They have lied, underestimated, and belittled professional people.  We have changed insurance companies because of this and I would not trust Travelers to cover any depreciation costs after the fact.  
    Thank you for hearing me out and I hope you are in agreement with me on this matter.  If not, please call me and we can talk about it.  
Thank you again,

Larry Beer

[Quoted text hidden]

 Virus-free. www.avast.com

---

**David Miller** <david@millerpublicadjusters.com>  
To: Larry Beer <beerls@tds.net>

Wed, Jun 13, 2018 at 10:08 AM

I will try to get to the property Monday around 9:30 and we can discuss before the meeting.

**David Miller**  
*Licensed Public Adjuster*  
**Miller Public Adjusters, LLC**  
C: 920.475.6333 | TF: 800.958.4829 | F: 920.350.6022



518 S Westland Dr. | Appleton, WI 54914
300 N LaSalle St. Ste. 4925 | Chicago, IL 60654

[Quoted text hidden]

---

**Larry Beer** <beerls@tds.net>  Wed, Jun 13, 2018 at 6:15 PM
To: David Miller <david@millerpublicadjusters.com>

Thank you,
Larry

[Quoted text hidden]