**David Miller**

| | |
|---|---|
| **From:** | Dubuque Glass Co <brett@dbqglass.com> |
| **Sent:** | Thursday, October 5, 2017 2:13 PM |
| **To:** | beerls@tds.net |
| **Subject:** | Estimate  from Dubuque Glass Co |



Larry Beer
610 10th St
Fennimore, WI. 53809

Thank you for giving us an opportunity to take care of your service needs.

Below and attached is your estimate for the services you requested. Should you have any questions or concerns, please feel free to call us at (563)582-5475

We Propose to:
Furnish and Install new Patio storm panels/windows and re-screen 11 window screens.

For the sum of: $4,632.80

This proposal is subject to revision if not accepted within 30 days after date.  Down payment of 50% is required prior to ordering materials.

**Progress Payment consisting of 90% of value of all materials furnished and work performed during the month is to be paid us on or before the 10th of the following month.  Balance has to be paid in full within 10 days after completion of our contract. Outstanding balances after completion will be charged 1.5%(18% annually) interest per month until paid in full. This proposal, if accepted, is subject to the approval of the Credit Department of Dubuque Glass Co., Inc.**

Thank you for the opportunity to quote this work.  We will be awaiting your acceptance of this proposal.  Please return one signed copy of this Proposal for our files if you wish to proceed with this work.

   **Anything not SPECIFICALLY mentioned in the above description is not included and will be considered extra or by others.  Dubuque Glass is not responsible for washing windows after installed.**

   **Please note if down payment made with credit card, 10 days after work is completed outstanding balances will be billed to credit card on account if payment not received.**

Thank You,

Dubuque Glass Co
(563)582-5475
801 Cedar cross Rd
Dubuque, IA 52003

1



EXHIBIT
Miller 9
TKP 2-4-20
PENGAD 800-631-6989



**DUBUQUE GLASS COMPANY**
801 CEDAR CROSS RD
DUBUQUE, IOWA 52003
PHONE (563) 582-5475
FAX  (563) 582-6113

# Invoice

| Date | Invoice # |
|---|---|
| 10/6/2017 | 1780 |

| Bill To |
|---|
| Larry Beer<br>home<br>610 10th St<br>Fennimore, WI 53809 |

| Ship To |
|---|
|  |

| P.O. No. | Terms | Project |
|---|---|---|
|  | NET 10 |  |

| Quantity | Description | Rate | Amount |
|---|---|---|---|
| 1 | Estimate charge | 280.38 | 280.38 |

*Paid*
*#13509*

| | |
|---|---|
| **Total** | $300.00 |
| **Sales Tax  (7.0%)** | $19.62 |
| **Payments/Credits** | $0.00 |
| **Balance Due** | $300.00 |



Connely & Sons, LLC
New Construction | Remodeling
Architectural Design & Drafting |
608-391-0260
Licensed & Insured

---

## PROPOSAL

---

TO:   **Larry Beer**
      Larry Beer
      610 10th Street
      Fennimore, WI 53809

Project:   hail damage fascia

Date:   9/8/2017

*We propose to furnish all materials, equipment, and labor, subject to any exclusions listed below, required to complete the following:*

1.   **Hail damage fascia**                                        $775.00

     *Description of Services:*
     Remove and replace damaged fascia house and garage.

|              |          |
|--------------|----------|
| Subtotal:    | $775.00  |
| *0% Tax:*    | *$0.00*  |
| TOTAL:       | $775.00  |

---

**Terms and Conditions**

---

50% paid before work can begin.

Weekly progress billing based upon % of completion.

EXCLUSIONS:
Anything outside of the above detailed Scope of Work.
Prices good for 30 days.

Connely & Sons LLC · 1420 Garfield Street · Fennimore, WI 53809

# Round fire-ring cover

Sand, prime, refinish with two coats paint round fire-ring cover as per Travelers estimate from request of Larry Beer at re-inspection.

10. Painter - per hour 2.00 HR 23.00 0.00 46.00 (0.00) 46.00
Two additional labor hours to repaint round cover
11. (Material Only) Latex paint - per gallon 1.00 EA 40.02 0.00 40.02 (0.00) 40.02
$37.02 for paint and $3 sandpaper

Expenses : Labor $46.00 Material $40.02 Tax 4.73

Total $90.75

Try Prime    Tools & Home impro... ▾    4 inch rain cap

Departments    Browsing History    larry's Amazon.com    EN    Hello, larry
Account & Lists    Orders    Try Prime    Cart

Tools & Home Improvement    Best Sellers    Deals & Savings    Gift Ideas    Power & Hand Tools    Lighting & Ceiling Fans    Kitchen & Bath Fixtures    Smart Home

 $10 & Under with FREE Shipping    Shop now ›

‹ Back to results



Roll over image to zoom in

Noritz
## Noritz RC4 4-Inch Diameter Rain Cap Stainless Steel Single Wall Venting

2 customer reviews

List Price: ~~$81.56~~
Price: **$58.93** & FREE Shipping. Details
You Save: $22.63 (28%)

Get $50 off instantly: Pay $8.93 upon approval for the Amazon Rewards Visa Card.

| Try Fast, Free Shipping

**Only 4 left in stock** (more on the way).

**Arrives before Christmas.** Choose delivery option in checkout.

**Want it Thursday, Dec. 14?** Order within **18 hrs 11 mins** and choose One-Day Shipping at checkout. Details
Ships from and sold by Amazon.com.
Gift-wrap available.

Color: Iron

- Noritz Tankless Water Heater Vent Rain Cap, Single Wall, 4 in. Diameter, Stainless Steel
- Quick snap connection
- The product is manufactured in United States
- Unique gasket-tight seal
- Quick snap connection
- Superior design
- Easy connect
- Line up: 3-inch, 4-inch and 5-inch
› See more product details

New (9) from $44.99 & FREE shipping.

Report incorrect product information.

**Packaging may reveal contents.** Choose Conceal Package at checkout.

 **Discover new and innovative products**
Shop the latest tools and home improvement products from today's brightest startups on

Share

Qty: 1 ▾

**Add a Protection Plan:**
☐ 4-Year Protection for $8.09
☐ 3-Year Protection for $3.62

Add to Cart

Turn on 1-Click ordering for this browser

**Ship to:**
lancaster, 53813

Add to List

**Other Sellers on Amazon**

$54.75    Add to Cart
+ Free Shipping
Sold by: YouRemodel

$48.94    Add to Cart
+ $9.99 shipping
Sold by: Buildcom

$61.87    Add to Cart
+ Free Shipping
Sold by: Need Plumbing Supplies

New (9) from $44.99 & FREE shipping.

Have one to sell?    Sell on Amazon

  

**Thermostat timer switch**

Multifunctional temperature socke controller with digital lcd display prob...
4
$24.99

Ad feedback

Remove and Replace  4″ furnace rain cap stainless steel single wall vent termination.

Service call $75.00

Labor .5 hours @ $40.00/hr = $20.00

Cap $58.93

Sub total $153.93

Sales tax $8.47

Grand total $162.40

Christopher Blotz
585 10th St.
Fennimore Wis 53809

Blotz Constrution ID 1084104

WORK PERFORMED AT:

Larry Beer
610 10th St
Fennimore Wis 53809
608-822-6858

TO:

| DATE | YOUR WORK ORDER NO. | OUR BID NO. |
|------|---------------------|-------------|
| 9/10/17 | | |

DESCRIPTION OF WORK PERFORMED

36" Exterior Garage Door w Window L Hand Swing.    400.00

2  3/4 x 4" x 8'
1  3/4 x 4" x 4'
2  1 x 2" x 8'    } Clear Cedar
1  1 x 2' x 4'
2  1/2 x 1 x 8'
1  1/2 x 1 x 4'

2  1 x 4" x 8'
1  1 x 4" x 4'    } Clear Pine.
2  1 x 2" x 8'
1  1 x 2 x 4'

2  1 x 2 x 8   } Jamb Extention
1  1 x 2 x 4
Prime + Paint   Nails Screws Caulk
Stain outside Clear
    Materials                    $350.00
Labor                            600.00
Paint Door  Collison Specialists  294.35
                               ─────────
                                 1,644.35

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of ............................

.................................................................................................... Dollars ($ ...................... ).

This is a [ ] Partial [ ] Full invoice due and payable by: _____

| | Month | Day | Year |

in accordance with our   [ ] Agreement   [ ] Proposal    No. .......   Dated ...........

| | | Month | Day | Year |

NC3822

COLLISION SPECIALISTS SSE INC
415 JEFFERSON ST FENNIMORE WI 53809
PHONE 608-822-4171
SPECIALIZING IN COLLISION REPAIR SINCE 1967
TAX ID 39-2040071

### *** PRELIMINARY ESTIMATE ***

09/07/2017 10:05 AM

### Owner

| | | | |
|---|---|---|---|
| **Owner:** | LARRY BEER | | |
| **Address:** | 610 10TH ST | **Home/Evening:** | (608)822-6858 |
| **City State Zip:** | Fennimore, WI 53809 | **FAX:** | |
| **Email:** | beerls@tds.net | | |

### Control Information

**Claim # :** GARAGE DOOR                **Insured Policy # :**

### Inspection

| | | | |
|---|---|---|---|
| **Inspection Date:** | 09/07/2017 10:05 AM | **Inspection Type:** | |
| **City State Zip:** | Fennimore, WI 53809 | **FAX:** | |
| **Company:** | COLLISION SPECIAILSTS SSE, INC | **Appraiser License # :** | |
| **Contact:** | JEFF HAGEN | | |
| **Address:** | 415 JEFFERSON ST | **Work/Day:** | (608)822-4171 |
| **City State Zip:** | Fennimore, WI 53809 | **FAX:** | (608)822-7124 |
| **Email:** | COLLISIONSPECIALISTS@YAHOO.COM | | |

### Repairer

| | | | |
|---|---|---|---|
| **Repairer:** | Collision Specialists SSE, Inc | **Contact:** | Jeff Hagen |
| **Address:** | 415 Jefferson St | **Work/Day:** | (800)613-4259 |
| | | **FAX:** | (608)822-7124 |
| **City State Zip:** | Fennimore, WI 53809 | **Work/Day:** | |
| **Email:** | collisionspecialists@yahoo.com | | |

**Target Complete Date/Time:**                **Days To Repair:** 2

### Vehicle

Other - GARAGE DOOR

| | | | |
|---|---|---|---|
| **Lic Expire:** | | **VIN:** | 00000000000000000 |
| **Veh Insp# :** | | **Mileage Type:** | Actual |
| **Condition:** | | **Code:** | T999Z5 |
| **Ext. Color:** | WHITE | **Int. Color:** | |
| **Ext. Refinish:** | Two-Stage | **Int. Refinish:** | Two-Stage |

### Options

Other - GARAGE DOOR
Claim # : GARAGE DOOR

09/07/2017 10:05 AM

## Damages

| Line | Op | Guide | MC | Description | MFR.Part No. | Price | ADJ% | B% | Hours | R |
|------|----|-------|----|-------------|--------------|-------|------|----|-------|---|
| 1 | L | | | Garage/House Door    Refinish | | | | | 2.0* | RF* |
| | | | | >> PAINT BOTH SIDE OF DOOR AND TRIM | | | | | | |
| 2 | N | | | Garage/House Door    Additional Labor | | | | | 1.5* | SM* |
| | | | | >> SAND AND PREP NEW DOOR AND TRIM FOR GLASS | | | | | | |
| **2** | | **Items** | | | | | | | | |

## Estimate Total & Entries

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Paint & Materials | | 2.0 Hours @ | $38.00 | | $76.00 | | |
| Parts & Material Total | | | | | | $76.00 | |
| Tax on Parts & Material | | | @ | 5.500% | | $4.18 | |

| Labor | Rate | Replace Hrs | Repair Hrs | Total Hrs | | |
|-------|------|-------------|------------|-----------|---|---|
| Sheet Metal (SM) | $58.00 | | 1.5 | 1.5 | $87.00 | |
| Mech/Elec (ME) | $75.00 | | | | | |
| Frame (FR) | $75.00 | | | | | |
| Refinish (RF) | $58.00 | 2.0 | | 2.0 | $116.00 | |

| | | | | | |
|---|---|---|---|---|---|
| Labor Total | | | 3.5 Hours | | $203.00 |
| Tax on Labor | | @ | 5.500% | $11.17 | |
| **Gross Total** | | | | | **$294.35** |
| **Net Total** | | | | | **$294.35** |

Alternate Parts C/00/00/00/00/00 CUM 00/00/00/00/00/00 Zip Code: 53809 Default
SPPL Yes Zip Code: 00000 Default
Rate Name Default

**Audatex Estimating 8.0.225 ES 09/07/2017 10:11 AM REL 8.0.225 DT 08/01/2017 DB 09/01/2017**
**© 2017 Audatex North America, Inc.**

THIS ESTIMATE HAS BEEN PREPARED BASED ON THE USE OF ONE OR MORE REPLACEMENT
PARTS SUPPLIED BY A SOURCE OTHER THAN THE MANUFACTURER OF YOUR MOTOR
VEHICLE. WARRANTIES APPLICABLE TO THESE REPLACEMENT PARTS ARE PROVIDED BY
THE MANUFACTURER OR DISTRIBUTOR OF THE REPLACEMENT PARTS RATHER THAN BY THE
MANUFACTURER OF YOUR MOTOR VEHICLE.

## Op Codes

| | |
|---|---|
| * = User-Entered Value | ^ = Labor Matches System Assigned Rates    E = Replace OEM |
| NG = Replace NAGS | EC = Replace Economy    OE = Replace PXN OE Srpls |
| UE = Replace OE Surplus | ET = Partial Replace Labor    EP = Replace PXN |
| EU = Replace Recycled | TE = Partial Replace Price    PM = Replace PXN Reman/Reblt |
| UM = Replace Reman/Rebuilt | L = Refinish    PC = Replace PXN Reconditioned |

Other - GARAGE DOOR
Claim # :  GARAGE DOOR

09/07/2017 10:05 AM

| | | |
|---|---|---|
| UC = Replace Reconditioned | TT = Two-Tone | SB = Sublet Repair |
| N = Additional Labor | BR = Blend Refinish | I = Repair |
| IT = Partial Repair | CG = Chipguard | RI = R & I Assembly |
| P = Check | AA = Appearance Allowance | RP = Related Prior Damage |



This report contains proprietary information of Audatex and may not be disclosed to any third party (other than the insured, claimant and others on a need to know basis in order to effectuate the claims process) without Audatex's prior written consent.

© 2017 Audatex North America, Inc.
AUDATEX is a trademark owned by Audatex North America, Inc. All rights reserved.

# Proposal

# Goodman Gutters, LLC

## Seamless Aluminum Gutters

1920 8th Street, Fennimore, WI 53809

## Phone 608-535-9111

E-mail: goodmanguttersllc@gmail.com • www.goodmangutters.com

| PROPOSAL SUBMITTED TO _Larry Rice_ | PHONE _323.6858_ | DATE _4.12.17_ |
|---|---|---|
| STREET _610 10th St_ | JOB NAME | |
| CITY, STATE, AND ZIP CODE _Fennimore, WI 53809_ | JOB LOCATION | |
| ARCHITECT | DATE OF PLANS | JOB PHONE |

We hereby submit specifications and estimates for:
.032 5" K-Style Gutter white
.024 3x4 Downspout white



Garage                              Home

We Propose hereby to furnish material and labor - complete in accordance with above specifications, for the sum of:

_Gutter, Drawspout, Fascia_ dollars ($ _2,060 ⁰⁰_ )

Payment to be made as follows:

**NOTICE OF LIEN RIGHTS**
AS REQUIRED BY THE WISCONSIN LIEN LAW, GOODMAN GUTTERS HEREBY NOTIFIES BUYER THAT PERSONS OR COMPANIES FURNISHING LABOR OR MATERIAL FOR THE CONSTRUCTION ON BUYER'S LAND MAY HAVE LIEN RIGHTS ON THAT LAND AND ON THE BUILDINGS ON THAT LAND IF THEY ARE NOT PAID FOR SUCH LABOR OR MATERIALS. THOSE ENTITLED TO LIEN RIGHTS, IN ADDITION TO GOODMAN GUTTERS ARE THOSE WHO CONTRACT DIRECTLY WITH THE BUYER OR THOSE WHO GIVE THE BUYER NOTICE WITHIN 60 DAYS AFTER THEY FIRST FURNISH LABOR OR MATERIALS FOR CONSTRUCTION ACCORDINGLY. THE BUYER WILL PROBABLY RECEIVE NOTICES FROM THOSE WHO FURNISH LABOR OR MATERIALS FOR THE CONSTRUCTION AND SHOULD GIVE A COPY OF EACH NOTICE RECEIVED TO HIS MORTGAGE LENDER, IF ANY. GOODMAN GUTTERS AGREES TO COOPERATE WITH THE BUYER AND HIS LENDER, IF ANY, TO SEE THAT ALL POTENTIAL LIEN CLAIMANTS ARE DULY PAID.

**GUARANTEE**
As material is guaranteed to be as specified and all work is guaranteed to be completed in a workmanlike manner according to standard practices. This guarantee shall last for a period of one year from the date of completion of the work. All guarantees are void if payment is not made as specified.

Authorized Signature _Greg Goodman_

Note: This proposal may be withdrawn by us if not accepted within ___30___ days

**LATE PAYMENT PENALTY**
Payment is due and payable upon completion of the job. If payment is not made within 10 days, in addition to Goodman Gutters' other rights and remedies, a late payment penalty charge at the rate of one and one-half percent (1 1/2%) per month, eighteen percent (18%) per annum, on the unpaid balance (excluding the monthly late penalty charge) will be imposed. Should it be necessary to force collection of any monies due herein, buyer shall be responsible for all costs connected therewith, including reasonable attorney's fees.

**Acceptance of Proposal** the above prices, specifications and conditions are satisfactory and are hereby accepted. You are authorized to do the work as specified. Payment will be made as outlined above.

Date of Acceptance: _____

Signature _____

Signature _____





**Proposal**

~~ ~~ting LLL
~ ~~ Elm Rd
Forest, Wi 53920
608-642-5750

| | | |
|---|---|---|
| PROPOSAL SUBMITTED TO: Larry & Susan Beer | JOB NAME | JOB # |
| ADDRESS 610 10th St. | JOB LOCATION | |
| Fennimore Wi 5 | DATE 4-29-17 | DATE OF PLANS |
| PHONE # 608-822-6458 | FAX# beerlsc@tds.net | ARCHITECT |

We hereby submit specifications and estimates for: Repair work on house and garage due to hail damage
- House → Hail damage on house though not highly visible, must be repaired to prevent serious future failure of paint due to compromised surfaces on both north and east sides. House must be pressure washed, sprayed with one coat of matching white and brushed out for proper texture.

- Porch → The coating on the porch (and window ledges) is compromised much worse than that of the house. Appropriate repair is to sand all compromised coating off and recoat with a solid color stain.

- Garage → The garage, having not been coated prior, is the most severely compromised surface. The actual aging combined with hail damage precludes any efforts to only fix damaged areas due to the inability to make repairs match rest of garage. Appropriate action is to take necessary steps to match garage to house. All relevant surfaces must be sanded to alleviate hail damage, entire garage must be pressure washed, all surfaces must be primed, all joints must be completely caulked/sealed to avoid future problems, and two coats of paint must be sprayed and brushed on for proper texture.
All materials are included in this bid.

We propose hereby to furnish material and labor – complete in accordance with the above specifications for the sum of:
$ 14,675.00 _____ Dollars
with payments to be made as follows: 50% down, 50% upon completion _____

Any alteration or deviation from above specifications involving extra costs will be executed only upon written order, and will become an extra charge over and above the estimate.  All agreements contingent upon strikes, accidents, or delays beyond our control.

Respectfully submitted *Christopher S. Winkley*

Note — this proposal may be withdrawn by us if not accepted within _____ days.

**Acceptance of Proposal**

The above prices, specifications and conditions are satisfactory and are hereby accepted.  You are authorized to do the work as specified.  Payments will be made as outlined above.

Signature _____

Date of Acceptance _____      Signature _____

A-NC3819 / T-3850  09-11



SHERWIN-WILLIAMS
1741 PROGRESSIVE PKWY
PLATTEVILLE, WI 53818
(608) 348-4317

06/12/2017

LARRY BEER
Fennimore, WI

Re: Exterior Home Repaint

Larry,

As discussed during our meeting on Thursday, June 8 with Travelers Insurance, your lawyer, and inspector, The Limited Lifetime Warranty WILL NOT cover any damage to the current coating system. It was determined that several areas of the siding had damage to the coating and cedar shakes caused by hail. The coating in its current, damaged state would not be warranted as the coating has been penetrated through to bare wood in several areas. If not addressed, this could allow moisture into the wood in the areas where the coating has been damaged. Higher than normal moisture content in the wood could cause premature flaking and peeling of the current coating.

Attached is a copy detailing the Lifetime Limited Warranty

Sincerely,

Rob Culbertson
Sherwin-Williams
Sales Representative



**Lifetime Limited Warranty**

This Limited Warranty is issued by The Sherwin-Williams Company only to those purchasers who purchase this coating and apply it to a Home. If this coating peels or blisters during the Lifetime of the purchaser (as defined below), Sherwin-Williams shall, upon presentation of proof of purchase to the store where the coating was purchased, supply replacement coatings to the purchaser in a quantity that is sufficient to repair the peeling or blistering or refund the original purchase price. For the purpose of this Limited Warranty: "Home" shall mean a single family residential dwelling; and "Lifetime" shall mean one of the following: (i) if you purchase the coating yourself and apply it yourself to a Home which you own, Lifetime shall mean the period beginning on the date that you purchased the coating and continuing as long as you own such Home; or (ii) if you purchase the coating yourself and apply it yourself to a Home which is owned by someone other than you ("Third Party"), Lifetime shall mean the period commencing on the date that you purchased the coating and continuing so long as such Third Party owns such Home. This Limited Warranty shall not apply to any defect or damage resulting from improper surface preparation, structural defects, failure of a previous paint or improper application of the coating, as described in the directions on the label of this container. This Limited Warranty may not be transferred or assigned.

**SHERWIN-WILLIAMS' ENTIRE LIABILITY SHALL BE LIMITED EXCLUSIVELY TO PROVIDING REPLACEMENT COATINGS FOR THE COATING WHICH PEELS OR BLISTERS OR THE REFUND OF THE ORIGINAL PURCHASE PRICE. THIS WARRANTY EXCLUDES (1) LABOR AND COSTS ASSOCIATED WITH LABOR FOR THE APPLICATION OR REMOVAL OF ANY PRODUCT, AND (2) ANY INDIRECT, SPECIAL, INCIDENTAL OR CONSEQUENTIAL DAMAGES. SOME STATES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

This Limited Warranty gives you specific legal rights and you may have other rights which vary from State to State.



SHERWIN-WILLIAMS
1741 PROGRESSIVE PKWY
PLATTEVILLE, WI 53818
(608) 348-4317

04/28/2017

Larry Beer
620 10th St
Fennimore, Wi 53809

Re: Submittal for Larry Beer Home/Garage

Thank you for considering Sherwin-Williams products for the Larry Beer Home/Garage repaint.
Included in this package is the Sherwin-Williams submittal for the above referenced project.

Home Siding:
-Entire surface must be pressure washed to remove any dirt, mildew, loose paint, etc.
-Any dents/holes from hail damage will be filled in with a wood filler/patch
-Any areas that are filled in must be spot primed
-The entire 2 sides will then be painted with 1 coat of Duration Exterior Satin Acrylic Paint

Garage Siding:
-As discussed with customer, achieving a uniform, natural stained look will be very difficult because of
the condition of the wood. In order to remove any spots left from hail damage, the wood would have to
be cleaned and conditioned several times, scraped down, and sanded immensely to give the wood a
uniform finish for a transparent coating to go over.
-Alternative option of painting the siding was discussed and approved by the customer/owner. This
would not require as many steps to prepare the wood for coating. The cedar shakes would need to be
power-washed, lightly sanded in some areas, and then caulked. The caulking is required to ensure no
dirt or wood residue comes out from behind the shakes during periods of rain and washing, resulting
in a streaked look on the painted surface.
-The entire surface would need to be primed with 1 coat of Exterior Oil Wood Primer and 2 coats of
Duration Exterior Latex Paint

Composite Decking:
-All material on current decking must be removed by power washing, sanding, scraping.
-Decking must dry for at least 24 hours, then coated with 2 coats of Superdeck Solid Color Deck/
Composite stain.

Should you require assistance or have any questions or concerns, please contact me at (608)
331-0286 or e-mail me at swrepQ395@sherwin.com.

Sincerely,

Rob Culbertson
Sherwin-Williams Coatings Rep



SCHEDULE

**House Siding**

    **Wood**
        Spot Prime: K33W00251 - Duration® Coating Exterior Latex Satin Extra White
        *Spot prime dented areas that are wood filled from hail damage.*
        Finish: K33W00251 - Duration® Coating Exterior Latex Satin Extra White
        *1 coat over entire two sides of home that were exposed to hail damage*

**Garage Siding**

    **Cedar Shake Siding**
        Primer: Y24W08020 - Exterior Oil-Based Wood Primer White
        *1 coat primer to seal bare cedar shake siding*
        2 Coats: K33W00251 - Duration® Coating Exterior Latex Satin Extra White
        *2 coats over primed cedar shake siding*

**Deck**

    **Composite Decking**
        2 Coats: SD7W00151 - SPRDK SLD CLR EW
        *2 coats Superdeck deck/composite stain*
*END OF SECTION*



**SURFACE PREPARATION**

1) Wood (Exterior)
Must be clean and dry. Prime and paint as soon as possible. Knots and pitch streaks must be scraped, sanded, and spot primed before a full priming coat is applied. Patch all nail holes and imperfections with a wood filler or putty and sand smooth.

END OF SPECIFICATION

# Data Pages



## SHERWIN WILLIAMS.

102.14A

# DURATION®

Exterior Acrylic
Satin
K33-200 Series

| As of 07/09/2014, Complies with: | | | | |
|---|---|---|---|---|
| OTC | Yes | LEED® 09 CI | N/A |
| SCAQMD | Yes | LEED® 09 NC | N/A |
| CARB | Yes | LEED® 09 CS | N/A |
| CARB SCM 2007 | Yes | LEED® H | N/A |
| MPI | - | NGBS | N/A |

## DESCRIPTION

**Duration® Exterior Latex Coating** is the result of advances in acrylic technology. **Duration** uses **PermaLast®** technology to provide you with the most durable and longest lasting coating available for protecting the outside of your home.

*VinylSafe™ Color Technology* allows the use of many darker colors on vinyl siding that cannot be made in most other coatings.

### *Performance*
One Coat Protection
Self-Priming
Easy Application
Excellent Hiding
Thicker, More Flexible
Resists Blistering and Peeling

### *Projects*
Homes
Windows
Gutters
Trim
Architectural plastics, such as shutters & gutters

### *Surfaces*
Wood
Stucco
Masonry/Cement Composition Panels
Aluminum Siding
Vinyl Siding
Galvanized Metal

**MILDEW RESISTANT.** This coating contains agents that inhibit the growth of mildew on the surface of this coating.

## CHARACTERISTICS

**Color:** Most colors
**Coverage:** 250-300 sq ft/gal
5.3 - 6.4 mils wet; 2.2 - 2.6 mils dry
up to 7.0 mils wet; 2.8 mils dft
**Drying Time, 50% RH:**
temperature and humidity dependent

| | @ 35-45°F | @ 45°F+ |
|---|---|---|
| Touch: | 2 hour | 1 hour |
| Recoat: | 24-48 hours | 4 hours |

**Flash Point:** N/A
**Finish:** 10-20 @ 60°
**Tinting with CCE only:**

| Base | oz/gal | Strength |
|---|---|---|
| Extra White | 0-6 | 125% |
| Light Yellow | 4-15 | 125% |
| Deep Base | 4-15 | 125% |
| Ultradeep Base | 4-15 | 125% |

**Vehicle Type:** Acrylic
**Extra White K33W00251**
**VOC (less exempt solvents)**
<50 g/L; 0.42 lb/gal
As per 40 CFR 59.406 and SOR/2009-264, s.12
**Volume Solids:** 39 ± 2%
**Weight Solids:** 50 ± 2%
**Weight per Gallon:** 10.27 lb

## CLEANUP INFORMATION

Clean hands and tools *immediately* after use with soap and warm water. The *PermaLast* technology in **DURATION** coating, which creates the tenacious bond to the surface, also creates a tenacious bond to applicators and any other surface it comes in contact with. You may want to clean occasionally during use. After cleaning, flush spray equipment with mineral spirits to prevent rusting of the equipment. Follow manufacturer's safety recommendations when using mineral spirits.

## APPLICATION

Thoroughly follow the recommended surface preparations. Most coating failures are due to inadequate surface preparation or application. Thorough surface preparation will help provide long term protection with Duration coating. On repaint work, apply one coat of Duration coating; on bare surfaces, apply two coats of Duration, allowing 4 hours drying between coats.
Do not paint in direct sun. Apply at temperatures above 35°F. During application at temperatures above 80°F, Duration sets up quickly. Some adjustment in your painting approach may be required. Paint from a dry area into the adjoining wet coating area. Dries to touch in 1 hour and is ready for service overnight.
**Previously Painted Surfaces --** Spot prime bare areas with Duration, wait 4 hours, and paint the entire surface. Some specific surfaces require specialized treatment.
**Unpainted Surfaces --** Duration can be used as a self-priming coating on many bare surfaces. When used this way, the first coat of Duration acts like a coat of primer and the second coat provides the final appearance and performance. However, some specific surfaces require specialized treatment.
See following surface preparations.

When the air temperature is at 35°F, substrates may be colder; prior to painting, check to be sure the air, surface, and material temperature are above 35°F and at least 5°F above the dew point. Avoid using if rain or snow is expected within 2-3 hours. Do not apply at air or surface temperatures below 35°F or when air or surface temperatures may drop below 35°F within 48 hours.
On large expanses of metal siding, the air, surface, and material temperatures must be 50°F or higher.

No reduction necessary.
**Brush** - Use a nylon/polyester brush.
**Roller** - Use a 3/8" - 3/4" nap synthetic cover.
**Spray—Airless**
Pressure........................................2000 psi
Tip ...........................................015"-.019"
Reduction ...............................none

---

7/2014                    www.sherwin-williams.com                    continued on back



**SHERWIN WILLIAMS.**

102.14A

# DURATION®
Exterior Acrylic
Satin
K33-200 Series

## SURFACE PREPARATION

WARNING! Removal of old paint by sanding, scraping or other means may generate dust or fumes that contain lead. Exposure to lead dust or fumes may cause brain damage or other adverse health effects, especially in children or pregnant women. Controlling exposure to lead or other hazardous substances requires the use of proper protective equipment, such as a properly fitted respirator (NIOSH approved) and proper containment and cleanup. For more information, call the National Lead Information Center at 1-800-424-LEAD (in US) or contact your local health authority.

Remove all surface contamination by washing with an appropriate cleaner, rinse thoroughly and allow to dry. Scrape and sand peeled or checked paint to a sound surface. Sand glossy surfaces dull. Seal stains from water, smoke, ink, pencil, grease, etc. with the appropriate primer/sealer.

**Aluminum and Galvanized Steel**
Wash to remove any oil, grease, or other surface contamination. All corrosion must be removed with sandpaper, steel wool, or other abrading method.

**Cement Composition Siding/Panels**
Remove all dirt, dust, grease, oil, loose particles, laitance, foreign material, and peeling or defective coatings. Allow the surface to dry thoroughly. If the surface is new, test it for pH, if the pH is higher than 8, prime with Loxon Concrete & Masonry Primer.

**Concrete, Masonry, Block**
All new surfaces must be cured according to the supplier's recommendations—usually about 30 days. Remove all form release and curing agents. Rough surfaces can be filled to provide a smooth surface. If painting cannot wait 30 days, allow the surface to cure 7 days and prime the surface with Loxon Concrete & Masonry Primer. Cracks, voids, and other holes should be repaired with an elastomeric patch or sealant.
After power washing, previously painted masonry may still have a powdery surface that should be sealed with Loxon Conditioner and then apply 1 coat of Duration.

**Composition Board/Hardboard**
Because of the potential for wax bleeding out of the substrate, apply 1 coat of Exterior Oil-Based Wood Primer and then topcoat.

## SURFACE PREPARATION

**Steel**
Rust and mill scale must be removed using sandpaper, steel wool, or other abrading method. Bare steel must be primed the same day as cleaned.

**Stucco**
Remove any loose stucco, efflorescence, or laitance. Allow new stucco to cure at least 30 days before painting. If painting cannot wait 30 days, allow the surface to dry 5-7 days and prime with Loxon Concrete & Masonry Primer. Repair cracks, voids, and other holes with an elastomeric patch or sealant.

**Vinyl Siding**
Clean the surface thoroughly by scrubbing with warm, soapy water. Rinse thoroughly.

**Wood**
Sand any exposed wood to a fresh surface. Patch all holes and imperfections with a wood filler or putty and sand smooth. All patched areas must be primed.
Knots and some woods, such as redwood and cedar, contain a high amount of tannin, a colored wood extract. If applied to these bare woods, the first coat of **DURATION** may show some staining, but it will be trapped in the first coat. A second coat will uniform the appearance. If staining persists, spot prime severe areas with 1 coat of **Exterior Oil-Based Wood Primer** prior to using **DURATION**.

**Caulking**
Gaps between windows, doors, trim, and other through-wall openings can be filled with the appropriate caulk after priming the surface.

**Mildew**
Remove before painting by washing with a solution of 1 part liquid bleach and 3 parts water. Apply the solution and scrub the mildewed area. Allow the solution to remain on the surface for 10 minutes. Rinse thoroughly with water and allow the surface to dry before painting. Wear protective eyewear, waterproof gloves, and protective clothing. Quickly wash off any of the mixture that comes in contact with your skin. Do not add detergents or ammonia to the bleach/water solution.

## CAUTIONS

For exterior use only.
Protect from freezing.
Non-photochemically reactive.

CAUTION contains CRYSTALLINE SILICA, ZINC. Use only with adequate ventilation. To avoid overexposure, open windows and doors or use other means to ensure fresh air entry during application and drying. If you experience eye watering, headaches, or dizziness, increase fresh air, or wear respiratory protection (NIOSH approved) or leave the area.
Adequate ventilation required when sanding or abrading the dried film. If adequate ventilation cannot be provided wear an approved particulate respirator (NIOSH approved). Follow respirator manufacturer's directions for respirator use. Avoid contact with eyes and skin. Wash hands after using. Keep container closed when not in use. Do not transfer contents to other containers for storage. FIRST AID: In case of eye contact, flush thoroughly with large amounts of water. Get medical attention if irritation persists. If swallowed, call Poison Control Center, hospital emergency room, or physician immediately. DELAYED EFFECTS FROM LONG TERM OVEREXPOSURE.
Abrading or sanding of the dry film may release crystalline silica which has been shown to cause lung damage and cancer under long term exposure.
WARNING: This product contains chemicals known to the State of California to cause cancer and birth defects or other reproductive harm.
DO NOT TAKE INTERNALLY. KEEP OUT OF THE REACH OF CHILDREN

HOTW    07/09/2014    K33W00251    02 34

The information and recommendations set forth in this Product Data Sheet are based upon tests conducted by or on behalf of The Sherwin-Williams Company. Such information and recommendations set forth herein are subject to change and pertain to the product offered at the time of publication. Consult your Sherwin-Williams representative to obtain the most recent Product Data Sheet.



**SHERWIN WILLIAMS.**

109.31

# EXTERIOR OIL-BASED
## Wood Primer

**Y24W8020 (US)**
**Y24WQ8820 (Canada)**

| As of 03/01/2017, Complies with: | | | |
|---|---|---|---|
| OTC | Yes | LEED® 09 CI | No |
| OTC Phase II | No | LEED® 09 NC | No |
| SCAQMD | No | LEED® 09 CS | No |
| CARB | Yes | LEED® V4 Emissions | No |
| CARB SCM2007 | No | LEED® V4 VOC | No |
| Canada | Yes | MPI® | Yes |

## DESCRIPTION

**Exterior Oil-Based Wood Primer** is designed for blocking tannin, water, and other stains on exterior wood, manufactured siding, hardboard, rough sawn siding, and trim as a spot primer or overall primer.

- Penetrates and seals bare wood for strong adhesion and a long lasting finish
- Blocks stains from water, wood tannins and knots
- Resists mildew

**For use on these surfaces:**
- Pine
- Fir
- Cedar
- Redwood
- Oak
- Maple
- Ash
- Hardboard
- Primed Metal
- Previously Painted Surfaces

**Mildew Resistant**
This coating contains agents which inhibit the growth of mildew on the surface of this coating film.

## CHARACTERISTICS

**Color:** White
**Coverage:** 350 - 400 sq ft/gal
@ 4 mils wet; 2.3 mils dry

**Drying Time, @ 50% RH:**
| | @ 35-45°F | @ 45°F+ |
|---|---|---|
| Touch: | 4-8 hours | 2-4 hours |
| Recoat: | 24-48 hours | 24 hours |

Drying and recoat times are temperature, humidity and film thickness dependent.

**Flash Point:** 115°F, PMCC
**Finish:** 0-18 units @ 85°
**Vehicle Type:** Alkyd

**Y24W08020**
**VOC (less exempt solvents):**
317 g/L; 2.64 lb/gal
As per 40 CFR 59.406 and SOR/2009-264, s.12
**Volume Solids:** 59 ± 2%
**Weight Solids:** 77 ± 2%
**Weight per Gallon:** 11.42 lb
**WVP Perms (US)** 2.7
grains/(hr ft² in Hg)

**Tinting**
Requires Blend-A-Color Toner for tinting. For best color development, use the recommended "P"-shade primer. If desired, up to 4 oz per gallon of Blend-A-Color Toner can be used to approximate the topcoat color. Check color before use.

When spot priming on some surfaces, a non-uniform appearance of the final coat may result, due to differences in holdout between primed and unprimed areas. To avoid this, prime the entire surface rather than spot priming.

For exterior exposure, this primer must be topcoated within 14 days with architectural latex or oil finishes.

## SURFACE PREPARATION

**WARNING!** Removal of old paint by sanding, scraping or other means may generate dust or fumes that contain lead. Exposure to lead dust or fumes may cause brain damage or other adverse health effects, especially in children or pregnant women. Controlling exposure to lead or other hazardous substances requires the use of proper protective equipment, such as a properly fitted respirator (**NIOSH** approved) and proper containment and cleanup. For more information, call the National Lead Information Center at **1-800-424-LEAD** (in US) or contact your local health authority.

Remove all surface contamination by washing with an appropriate cleaner, rinse thoroughly and allow to dry. Scrape and sand peeled or checked paint to a sound surface. Sand glossy surfaces dull. Recognize that any surface preparation short of total removal of the old coating may compromise the service length of the system.

Seal stains from water, smoke, ink, pencil, grease, etc. with an appropriate primer sealer.

**Wood, Composition Board -** Sand any exposed wood to a fresh surface. Patch all holes and imperfections with a wood filler or putty and sand smooth. Spot prime knots and sap streaks.

On woods that present potential tannin bleeding, such as redwood and cedar, Exterior Oil-Based Wood Primer can be used. Care must be taken to determine if tannins will be activated by the solvent in the coating. To test for bleeding, coat a 4 foot by 4 foot section with the primer. If no bleeding is evident within 4 hours, proceed with complete priming. If bleeding occurs, use Exterior Latex Wood Primer.



**SHERWIN WILLIAMS.**

109.31

# EXTERIOR OIL-BASED
## Wood Primer

Y24W8020 (US)
Y24WQ8820 (Canada)

## SURFACE PREPARATION

**Mildew**
Prior to attempting to remove mildew, it is always recommended to test any cleaner on a small, inconspicuous area prior to use. Bleach and bleaching type cleaners may damage or discolor existing paint films. Bleach alternative cleaning solutions may be advised.

Mildew may be removed before painting by washing with a solution of 1 part liquid bleach and 3 parts water. Apply the solution and scrub the mildewed area. Allow the solution to remain on the surface for 10 minutes. Rinse thoroughly with water and allow the surface to dry before painting. Wear protective eyewear, waterproof gloves, and protective clothing. Quickly wash off any of the mixture that comes in contact with your skin. Do not add detergents or ammonia to the bleach/water solution.

**Caulking**
Fill gaps between windows, doors, trim, and other through-wall openings with the appropriate caulk after priming the surface.

## APPLICATION

Apply at temperatures above 35°F.
No reduction necessary.

**Brush**
Use a natural bristle brush
**Roller**
Use a 3/8" - 3/4" nap synthetic cover
**Airless Spray**
Pressure ...............................2000 psi
Tip....................................... .019"-.021"

## CLEANUP INFORMATION

Clean spills, spatters, and tools immediately with compliant clean up solvent. Follow manufacturer's safety recommendations when using solvents.

**DANGER:** Rags, steel wool, other waste soaked with this product, and sanding residue may spontaneously catch fire if improperly discarded. Immediately place rags, steel wool, other waste soaked with this product, and sanding residue in a sealed, water-filled, metal container. Dispose of in accordance with local fire regulations.

## CAUTIONS

For exterior use only.
Non-photochemically reactive.
Not for use on horizontal surfaces, such as a roof, deck, or floor, or where water may collect.

Before using, carefully read **CAUTIONS** on label.

HOTW      03/01/2017      Y24W08020    34 317
FRC

The information and recommendations set forth in this Product Data Sheet are based upon tests conducted by or on behalf of The Sherwin-Williams Company. Such information and recommendations set forth herein are subject to change and pertain to the product offered at the time of publication. Consult your Sherwin-Williams representative or visit www.paintdocs.com to obtain the most current version of the PDS and/or an SDS.



**DUCKBACK™**



**SHERWIN WILLIAMS.**

114.70A

**SUPERDECK®**
Exterior Waterborne
Solid Color Stain

SD7W00151 Extra White
SD7W00153 Deep Base
SD7T00154 Ultradeep Base

| As of 10/12/2016, Complies with: | | | |
|---|---|---|---|
| OTC | Yes | LEED® 09 NC, CI | N/A |
| OTC Phase II | Yes | LEED® 09 CS | N/A |
| SCAQMD | Yes | LEED® 09 H | N/A |
| CARB | Yes | LEED® v4 Emissions | N/A |
| CARB SCM 2007 | Yes | LEED® v4 VOC | Yes |
| MPI | | | |

## DESCRIPTION

- Exterior solid color waterborne, 100% acrylic resin stain
- Use over existing exterior paint or stained deck
- Can be applied to damp surfaces, allowing surfaces to be prepped and stained in one day, not to exceed 25% moisture content
- This coating contains agents that inhibit the growth of mildew on the surface of the coating

**Use on wood:**
- Decks
- Steps
- Rails
- Spindles
- Patios
- Walkways
- Outdoor Wood Furniture

**Use on:**
- Pressure Treated (CCA, ACQ, CA)
- Cedar, Redwood
- Pine
- Cypress
- Fir, Spruce
- Most Composite* Decking Materials

**Tips:** Stains tend to lap (dark lines where two freshly coated areas overlap). These tips will help avoid lap marks and keep the appearance uniform:
- Do not stain in direct sun or on a hot surface
- Stain from a dry area into the adjoining wet stain area. Keep the leading edge wet and distribute the finish evenly
- Quickly remove puddles and excess material by redistributing to dry areas or wiping up
- Use natural breaks as boundaries to divide large areas into smaller, more manageable ones
- Stain a board from end to end
- Use two coats on badly weathered or unfinished wood
- Always apply product to a small test area and allow to dry completely before coating the entire project to ensure desired color and appearance
- Do not apply over sealed surfaces

\* Consult composite deck manufacturer for staining procedures

## CHARACTERISTICS

**Color:** solid stain and exterior colors
A sample brushout is recommended to ensure color satisfaction.

**Coverage:** 200-400 sq ft/gal @ 4-8 mils wet; 1.2-2.5 mils dry
Depending on porosity and texture
**Note:** New wood normally requires less product than old, weathered wood. This is due to older wood being more porous than newer wood.

**Drying Time @ 50% RH:**
temperature and humidity dependent

| | Touch: | Recoat: |
|---|---|---|
| 77° - 90°F | 1 hour | 2 hours |
| 45° - 77°F | 2 hours | 5 hours |
| 35° - 45°F | 2 hours | 24-48 hours |

**To use:** 24 hours @77°
Drying and recoat times are temperature, humidity, and film thickness dependent
Do not apply air or surface temperatures below 35°F or when air or surface temperatures may drop below 35°F within 48 hours.

**Finish:** Slight sheen
**Flash Point:** N/A

**Tinting with CCE:**

| Base | oz/gal | Strength |
|---|---|---|
| Extra White | 0-6 | SherCOLOR |
| Deep Base | 4-10 | SherCOLOR |
| Ultradeep Base | 10-12 | SherCOLOR |

**Vehicle Type:** Acrylic Latex

**Extra White SD7W00151**
**VOC (less exempt solvents):**
95 g/L; .77 lb/gal
As per 40 CFR 59.406 and SOR/2009-264, s.12
**Volume Solids:** 31 ± 2%
**Weight Solids:** 46 ± 2%
**Weight per Gallon:** 10.55 lb

## SURFACE PREPARATION

**WARNING!** Removal of old coatings by sanding, scraping or other means may generate dust or fumes that contain lead. Exposure to lead dust or fumes may cause brain damage or other adverse health effects, especially in children or pregnant women. Controlling exposure to lead or other hazardous substances requires the use of proper protective equipment, such as a properly fitted respirator (**NIOSH** approved) and proper containment and cleanup. For more information, call the National Lead Information Center at **1-800-424-LEAD** (in US) or contact your local health authority.

Clean all surfaces completely with the appropriate cleaner based on the conditions. Recognize that any surface preparation short of total removal of the old coating may compromise the service length of the system.

**SuperDeck Deck Wash**
Mildew stain
Algae stain
Weathered wood (bleaches wood)
Gray wood (bleaches wood)
**SuperDeck Revive™**
Tannin Bleed
Nail stain
Weathered wood (restores color)
Gray wood (restores color)
Mill Glaze
**SuperDeck Stain & Sealer Remover**
Weathered, gray wood
Old Paint & Stain

Carefully follow all label instructions. Thoroughly rinse the surface to remove all residue and allow to thoroughly dry before coating. Test the absorbency of the wood by sprinkling water on the surface. If the water penetrates into the wood quickly, the wood is ready to finish. If the water beads up or does not penetrate, allow the wood to weather 1 to 2 weeks and test for absorbency again.

 continued on back





114.70A

# SuperDeck®
Exterior Waterborne
Solid Color Stain

SD7W00151 Extra White
SD7W00153 Deep Base
SD7T00154 Ultradeep Base

## APPLICATION

Thoroughly stir contents before and occasionally during use. For uniformity, mix all cans together before use. Do not thin or mix with any other stains or coatings. All surfaces must be clean, dry, and free from dirt, mildew stains, dust and other foreign matter. Be sure to follow directions for maximum product performance.

Penetration will vary depending on porosity and water content of the surface. Thoroughly coat cut ends and joints. For best results apply in shade with surface temperatures between 50°F and 90°F. Do not apply if temperatures will fall below 35°F or if rain or snow is expected within 24 hours after application. Cooler temperatures require longer drying times.

When the air temperature is at 35°F, substrates may be colder; prior to painting, check to be sure the air, surface, and material temperature are above 35°F and at least 5°F above the dew point.

No reduction necessary.
**Brush -** Use a nylon/polyester brush
**Roller -** Use a 3/8" - 3/4" nap cover
**Spray—Airless**
Pressure ..........................2200 - 2400 psi
Tip...........................................015"-.019"

After application, while the material is still wet, back brush to force the material into the wood fibers and to achieve a uniform appearance. 2 coats are recommended for maximum durability. 1 coat should be sufficient for railings, spindles, and surfaces not subjected to foot traffic.

Do not apply more than two coats.

## CLEANUP INFORMATION

Clean spills, spatters, hands and tools immediately after use with soap and warm water. After cleaning, flush spray equipment with compliant cleanup solvent to prevent rusting of the equipment. Follow manufacturer's safety recommendations when using solvents.

## COATING SOLUTION

Which product is the best for my project:
**SuperDeck Exterior Waterborne Clear Sealer**
• Protects wood from sun while allowing the wood to gray naturally
• Water repellents make water bead up, protecting against cracking, splitting, and warping of wood
• Leaves a protective coating that resists discoloration caused by mildew
**SuperDeck Exterior Oil-Based Transparent**
• Lasting, penetrating, oil-based formula
• Enriches wood appearance with a light tone
• UV protection resists graying
• Repels water to prevent moisture damage
**SuperDeck Exterior Waterborne Semi-Transparent Deck Stain**
• Provides a lasting, mildew-resistant film
• Excellent penetration for protecting horizontal exterior wood surfaces
• Can be applied to damp surfaces, allowing surfaces to be prepared and stained in one day
**SuperDeck Exterior Oil-Based Semi-Transparent Stain**
• A lasting penetrating formula that protects the wood with a rich semi-transparent stain
• One coat coverage on most woods
• Scuff-resistant formula with UV protection that resists fading
• Repels water to prevent moisture damage
**SuperDeck Waterborne Solid Color Deck Stain**
• Waterborne, 100% acrylic resin
• Provides mildew resistant coating
• Use over existing paint or stain
• Can be applied to damp surfaces, allowing surfaces to be prepped and stained in one day

For more stain information and product choices visit www.sherwin-williams.com.

For Vertical surfaces - walls, siding, etc, use WoodScapes® Exterior Acrylic Solid Color Stain or WoodScapes® Exterior Polyurethane Semi-Transparent Stain.

## CAUTIONS

This product must be applied outdoors to wood intended for exterior use only.
Not for interior use.
Do not use on roofs.
Do not varnish or use a clear overcoat.
Not for use on garage floors, driveways, or automobile traffic areas.

Before using, carefully read **CAUTIONS** on label.

HOTW    10/12/2016    SD7W00151   04 95
FRC,SP,KOR

The information and recommendations set forth in this Product Data Sheet are based upon tests conducted by or on behalf of The Sherwin-Williams Company. Such information and recommendations set forth herein are subject to change and pertain to the product offered at the time of publication. Consult your Sherwin-Williams representative or visit www.paintdocs.com to obtain the most current version of the PDS and/or an SDS.

Porter's

Wisconin

Inspections. LLC

6938 Otter Creek Rd
Avoca, WI 53506
608-583-6024
warrenporter2@gmail.com

To Larry Beer
610 10th St.
Fennimore, WI 53809

Larry this is a report on my observations at your home relating to the hailstorm effects on your home, especially relating to the newer roof shingles.

Though there does not appear to be many circular impact areas, there are numerous small holes where the grit was dislodged. I would add pictures to this report but they do not show well. The issue with these areas is that the UV radiation from the sun will shorten the life of the roofing as the grit is designed to reflect the damaging solar radiation.  In my opinion the roof could possibly age 25% to 30% faster, which means shorter life expectancy. Since the shingle company does not cover hail damage and basically your shingles have lost their warranty I would be expecting the insurance company to at a minimum pay out 30% of a replacement roof. The 30% would be best as inflation will eat into this in the coming years. I have seen other insurance claims that actually pay to have the shingles completely replaced in cases like this.

The other hail damaged areas where you have documentation and bids from contractors appear to be in line with what I observed. Since I am an inspector and not a contractor I do not keep up with repair costs so I cannot be of much assistance there.

Warren J. Porter

WI Registered Home Inspector #88-106
POWTS Maintainer #72209
WOWRA Powts Evaluator #2008032
DNR Pump Installer #6648
Rental Weatherization #72209

*Warren Parker*

was on the State of Wisconsin's Dept. of Regulation and Licensing committee, to assist with the origination of the Standards of Practice exam when Wisconsin rules dictated registration of Home Inspectors in 1998, served as Vice President of the Madison Chapter of the Wisconsin Association of Home Inspectors at that time and later became education director for several terms. **strong belief in a common sense attitude of discussing inspection findings and educating the home buyer.**

**INVOICE**
610 10th St
Fennimore, Wisconsin 53809
(608) 822-6858

**Porter's
Wisconsin
Inspections** LLC

| | |
|---|---|
| Client: | Larry Beer |
| Invoice Number: | 150932101 |
| Invoice Date: | Friday, May 12, 2017 |

Total Amount Due
**$150.00**

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Roof Hail Damage Inspection | $150.00 | $150.00 |
| | | **Subtotal:** | $150.00 |

| | Amount Due |
|---|---|
| **Porter's Wisconsin Inspections LLC** · (608) 583-6024 · warrenporter2@gmail.com | $150.00 |

Thank you for your business! Submit payment to:
6938 Otter Creek Rd
Avoca, WI 53506

# Golden Pledge® Limited Warranty
# The Legal Stuff

Updated: 12/15



*Quality You Can Trust...From*
*North America's Largest Roofing Manufacturer!™*

# The Legal Stuff

**What Is Covered/Excluded.** This Golden Pledge® Limited Warranty covers certain GAF roofing products installed on your roof (the "GAF Products") including GAF Shingles, GAF Ridge Cap Shingles, GAF Starter Strip Shingles, GAF Leak Barrier products, GAF Roof Deck Protection products, GAF Cobra® Attic Ventilation products, and GAF-labeled Ultimate Pipe Flashing® with EasySleeve (manufactured by Lifetime Tool® & Building Products LLC). This warranty does not cover ShingleMatch™ Roof Accessory Paint, Master Flow® Attic Ventilation, GAF Cornell Nail Base Roof Insulation, or low-slope membranes (each of which is covered by a separate limited warranty), or any non-GAF roof products, such as roofing nails.  Misapplication of your GAF Products and flashings at valleys, dormers, chimneys, and plumbing vents (the "Covered Flashings") is also covered.

**Who Is Covered by This Limited Warranty; Transferability.** You are covered by this warranty if you live in the United States or Canada and are the original property owner (i.e., not a builder or installer) or the first subsequent owner if this warranty was properly transferred.

This limited warranty may be transferred only once. The second owner must notify GAF in writing within 60 days after the property transfer has occurred for any coverage to be transferred. (Other than this one transfer, this warranty may not be transferred or assigned, directly or indirectly.) If the transfer takes place during the first 20 years, the second owner shall be entitled to all benefits contained in this warranty. If the transfer takes place afterwards, the length of this warranty shall be reduced to the two-year period after ownership changes. During this two-year period, GAF's reimbursement to the second owner will be based only on the reasonable cost of replacement GAF Products, reduced by the amount of use that has been received from the GAF Products from date of installation through the date of claim.

**How Long Your Warranty Lasts: All GAF Products.** Coverage begins when your GAF Products are installed. Coverage for all GAF Products lasts as long as the warranty for manufacturing defects for the type of shingle installed in the field of the roof. Note: It cut-up GAF Strip Shingles are used instead of the eligible GAF Ridge Cap Shingles, the warranty and non-prorated period for the cut-up strip shingles are the same as they would be if those shingles were used in the field of the roof.

**Manufacturing Defects: Lifetime Shingles.** All GAF Shingles covered by this warranty other than Royal Sovereign® and Marquis WeatherMax® Shingles carry a Lifetime warranty against manufacturing defects and a non-prorated period of 50 years. (Note: This limited warranty is available for roofs with Sentinel® Shingles.) The word "Lifetime" means as long as you, the original owner(s) (or the second owner(s) if coverage was properly transferred within the first 20 years), own the property where the shingles are installed. The Lifetime warranty term and 50-year non-prorated period are applicable only to shingles installed on a single-family detached residence owned by individual(s).  For any other type of owner or building, such as a corporation, governmental entity, religious entity, condominium, or homeowner association, school, apartment building, office building, or multi-use structure, the length of the warranty is 40 years and the non-prorated period is 20 years.

**Manufacturing Defects: Other Shingles. Marquis WeatherMax® Shingles** are warranted against manufacturing defects for 30 years; Royal Sovereign® Shingles are warranted for 25 years. The non-prorated period is 20 years for both Marquis WeatherMax® and Royal Sovereign® Shingles.

**Misapplication: GAF Products and Covered Flashings.** When Lifetime Shingles are installed in the field of the roof, coverage for application errors, including the misapplication of Covered Flashings, lasts for the first 25 years after installation for single-family detached residences owned by individual(s). For other types of owners or buildings and for shingles other than Lifetime Shingles, coverage lasts for 20 years.

**Failure to Seal/Blow-Offs/Wind Damage.** Coverage lasts for 15 years.

**Algae Discoloration.** All StainGuard®-labeled shingles and ridge cap shingles are warranted against algae discoloration for 10 years.

**Manufacturing Defects: What Is Covered/Sole and Exclusive Remedy.** GAF Warranty Company, LLC, a subsidiary of GAF, warrants that your GAF Products will remain free from manufacturing defects that adversely affect their performance during the applicable warranty term listed above.  Note: Failure to seal/blow-offs/wind damage and algae discoloration are covered separately below.

**(a) During the non-prorated period:** If any of your GAF Products is found to have a manufacturing defect that adversely affects performance, GAF will pay you the full reasonable cost of labor to repair or re-cover the affected GAF Product(s) or Covered Flashings, and will provide replacement products. The costs of labor to tear off some or all of your GAF Products and disposal are included if necessary to repair your roof.

**(b) After the non-prorated period:** The repair or re-cover cost which GAF will pay, and the roof products to be provided, will be reduced to reflect the amount of use you have received from your roof through the date of your claim. The amount of use will be calculated by dividing the number of months which have elapsed since installation to the date of claim by the number of months in the warranty term.

GAF's maximum liability for any roof shall NOT exceed three times the reasonable cost of replacement GAF Products before any reduction for use.

For a Lifetime warranty, GAF's contribution in years 51 and beyond will be 20%.

**Misapplication: What Is Covered/Sole and Exclusive Remedy.** If any of your GAF Products or Covered Flashings is found to have an application error that adversely affects performance, GAF will arrange to have your roof repaired or re-covered, at its sole option, will provide you with replacement roofing product(s) and reimburse you for the full reasonable cost of labor and other materials to repair or re-cover your roof, including Covered Flashings. The costs of labor to tear off some or all of your GAF Products and Covered Flashings and disposal are included if necessary to repair your roof.

If your claim arises out of an application error in your GAF Products or Covered Flashings, which is discovered or discoverable within the first two years after installation, it is the obligation of your Master Elite® Roofing Contractor to make all necessary repairs.  In the event that your Master Elite® Roofing Contractor is unable or unwilling to perform these repairs, GAF will arrange to have your roof repaired if the issues were caused by application errors within the scope of GAF liability under this limited warranty.

**NOTE:** Failure to install adequate ventilation is NOT an application error of your GAF products. Due to the design of certain buildings, the replacement of existing flashings may be difficult, costly, or impractical. Please be sure to review these items with your roofing contractor.

**Failure to Seal/Blow-Offs/Wind Damage: What Is Covered/Sole and Exclusive Remedy.** GAF warrants to you that your shingles and ridge cap shingles will not fail to seal and that your shingles and other GAF Products will not blow off or sustain damage from winds (including gusts) up to the applicable wind speed listed below after your shingles and ridge cap shingles should have sealed but did not due to a manufacturing defect.  If your shingles or ridge cap shingles do fail to seal, blow off, or sustain wind damage, or your other GAF Products blow off or sustain damage from winds, GAF's contribution to you will be for the reasonable costs of replacing the blown-off shingles or ridge cap shingles and other affected GAF Products and hand-sealing any unsealed shingles or ridge cap shingles. Costs relating to metal work and flashings are not included.  GAF's maximum liability under this paragraph is to reimburse you for the cost of hand-sealing all of the shingles or ridge cap shingles on your roof.

| Shingle | Wind Speed Coverage with special installation (mph / km/h) | Wind Speed Coverage without special installation (mph / km/h) |
| --- | --- | --- |
| All Lifetime | 130/209* | 110/175 |
| Marquis WeatherMax® | 80/130 | 80/130 |
| Royal Sovereign® | 60/96 | 60/96 |

*Your roof will be covered up to the maximum wind speed above ONLY if your shingles are installed using 6 nails per shingle and you have GAF Starter Strip Products installed at the eaves and rakes.

| Ridge Cap Shingle | Wind Speed Coverage with special installation (mph / km/h) | Wind Speed Coverage without special installation (mph / km/h) |
| --- | --- | --- |
| TimberTex® & Ridglass® | 130/209* | 110/175 |
| All other GAF Ridge Cap Shingles | 90/144* | 70/112 |

*Your ridge cap shingles will be covered up to the maximum wind speed above ONLY if your ridge cap shingles are installed in strict accordance with the "Maximum Wind Speed Coverage Under Ltd. Warranty" section of the applicable ridge cap shingle application instructions.

**Algae Discoloration: What Is Covered/Sole and Exclusive Remedy**
This StainGuard® Limited Warranty applies only to shingles and ridge cap shingles sold in packages bearing the StainGuard® logo. GAF warrants to you that blue-green algae (also known as gyanobacteria) will not cause a pronounced discoloration of your StainGuard®-labeled shingles or ridge cap shingles. During the first year, if your StainGuard®-labeled shingles or ridge cap shingles do exhibit a pronounced discoloration caused by blue-green algae, GAF's contribution will be either the reasonable cost of commercially cleaning your shingles or ridge cap shingles or, at GAF's option, replacing discolored shingles or ridge cap shingles up to a maximum of the original installed cost of the affected shingles or ridge cap shingles. During the remainder of the StainGuard® warranty period, GAF's contribution to you will be reduced to reflect the amount of use you have received from your shingles or ridge cap shingles since they were installed (100%, reduced by a percentage equal to the number of months from the installation date to the date of claim divided by 120). Note: Preventing pronounced algae-related discoloration of your shingles or ridge cap shingles is achieved through formulations or through unique blends of granules.

**What Is Not Covered.** Even if your roofing system was not properly installed according to GAF's published application instructions or to standard good roofing practices, this limited warranty remains in effect. However, GAF will NOT be liable for and this warranty does NOT apply to:

(1) Damage resulting from anything other than an inherent manufacturing defect in the GAF Products or your roof, their misapplication, or the misapplication of Covered Flashings, such as:
   (a) settlement, movement, or defects in the building, walls, foundation, or the roof base over which your roof system was applied.
   (b) inadequate ventilation.

(2) Damage resulting from causes beyond normal wear and tear, such as:
   (a) acts of nature, such as hail, fire, winds (including gusts) over the applicable wind speed listed above, or ice damming above the areas of your roof deck covered by a GAF Leak Barrier or above flashings.
   (b) impact of foreign objects or traffic on the roof.
   (c) improper storage or handling of any GAF Products.

(3) Shading or variations in the color of your shingles or ridge cap shingles, or discoloration or contamination caused by fungus, mold, lichen, algae (except for blue-green algae if your shingles or ridge cap shingles were labeled with the StainGuard® logo), or other contaminants, including that caused by organic materials on the roof.

(4) Damage caused by, or the cost to repair or replace, products not sold by GAF, including, but not limited to, metal work, and counterflashing.

(5) Improperly designed or installed gutter or downspout systems.

(6) Damage to the interior or exterior of any building, including, but not limited to, mold growth.

(7) Damage to or caused by rooftop air conditioning units (and their flashing), pipe works, brace works, skylights, rooftop satellite dishes or other racks, TV devices, counterflashing, or flashings other than those specifically indicated above.

**Other Limitations Concerning Coverage.** Decisions as to the extent of repair, re-cover, or cleaning required, and the reasonable cost of such work, will be made solely by GAF. GAF reserves the right to arrange directly for your roof products to be repaired, re-covered, or cleaned instead of reimbursing you for such work. The remedy under this warranty is available only for those GAF Products actually exhibiting manufacturing defects, application errors (including misapplication of Covered Flashings), or blue-green algae growth at the time of settlement. Any replacement GAF Products will be warranted only for the remainder of the original warranty period. GAF reserves the right to discontinue or modify its shingles or accessories, including the colors available, so any replacement shingles or accessories may not be an exact match for the shingles or accessories on your roof.  Even if GAF does not modify a color, replacement shingles or accessories may not match your original shingles or accessories due to normal weathering, manufacturing variations, or other factors.

**Claims: What You Must Do.** You must notify GAF about any claim within 30 days after you notice a problem and provide proof of the data your GAF Products were applied and that you were the owner at that time (or that the warranty was properly transferred to you). Failure to provide timely notice may result in denial of your claim. You must either call GAF at 1-800-458-1860 about your claim, or send

a notice in writing to GAF, Warranty Services, 1 Campus Drive, Parsippany, New Jersey 07054, USA. You will then be provided with complete details about submitting your claim. GAF may require you to send to GAF, at your expense, sample products for testing and photographs. Within a reasonable time after proper notification, GAF will evaluate your claim and resolve it in accordance with the terms of this limited warranty. If you repair or replace your GAF Products before you notify GAF about your claim or before GAF has completed its evaluation of your claim, your claim may be denied. If you need to repair or replace your GAF Products before your claim is resolved, you MUST provide GAF with reasonable notice. NOTE: Notice to your contractor, dealer, or homebuilder is NOT notice to GAF. You should retain this document for your records in the unlikely event that you need to file a claim.

**Sole and Exclusive Warranty.** THIS LIMITED WARRANTY IS EXCLUSIVE AND REPLACES ALL OTHER WARRANTIES, CONDITIONS, REPRESENTATIONS, AND GUARANTEES, WHETHER EXPRESS OR IMPLIED, WHETHER BY STATUTE, AT LAW OR IN EQUITY, INCLUDING ANY IMPLIED WARRANTIES OF MERCHANTABILITY OR FITNESS FOR A PARTICULAR PURPOSE. This limited warranty is your EXCLUSIVE warranty from GAF and represents the SOLE REMEDY available to any owner of GAF Products.  GAF makes NO OTHER REPRESENTATIONS, CONDITIONS, GUARANTEES, OR WARRANTIES of any kind other than that stated herein. GAF WILL NOT BE LIABLE IN ANY EVENT FOR CONSEQUENTIAL, PUNITIVE, SPECIAL, INCIDENTAL, OR OTHER SIMILAR DAMAGES OF ANY KIND, including DAMAGE TO THE INTERIOR OR EXTERIOR OF ANY BUILDING, whether any claim against it is based upon breach of this limited warranty, negligence, strict liability in tort, or for any other cause.

**NOTE:** Some jurisdictions do not allow limitations on or the exclusion of incidental or consequential damages, so the above limitations or exclusions may not apply to you. This limited warranty gives you specific legal rights, and you may also have other rights which vary from jurisdiction to jurisdiction.

The United Nations Convention on Contracts for the Sale of International Goods shall NOT apply either to the sale of the GAF Products or to this limited warranty.

**Modification of Warranty.** This limited warranty may not be changed or modified except in writing, signed by an officer of GAF. No one (other than an officer of GAF) has the authority to assume any additional liability or responsibility for GAF in connection with your GAF Products and Covered Flashings except as described in this warranty.

**Effectiveness.** This limited warranty will not take effect unless all eligibility requirements have been satisfied, this warranty is registered to you, and your roofing contractor has been paid in full.

**IMPORTANT NOTICE:**
WHAT A ROOFER MUST EXPECT UNDER
CONTRACT: IT IS YOUR CONTRACTOR'S
RESPONSIBILITY TO REGISTER YOUR WARRANTY
WITHIN 45 DAYS OF INSTALLATION. IF YOU HAVE
NOT RECEIVED YOUR WARRANTY FROM GAF
WITHIN 90 DAYS, YOU SHOULD CALL GAF AT:
1-888-532-5767, OPTION 5.



# Standard Product Limited Warranty

on Roofing Shingles





**OWENS CORNING**
**ROOFING AND ASPHALT, LLC**
ONE OWENS CORNING PARKWAY
TOLEDO, OHIO, USA 43659

**1-800-GET-PINK®**
**www.owenscorning.com/roofing**



Pub. No. 10013920-H. Printed in U.S.A. January 2016. THE PINK
PANTHER™ & © 1964–2016 Metro-Goldwyn-Mayer Studios Inc.
All Rights Reserved. The color PINK is a registered trademark of
Owens Corning. © 2016 Owens Corning. All Rights Reserved.

 **Warranty Registration &
Transfer Information**

**TO REGISTER THIS WARRANTY:**

**Visit our website at:**
**http://www.owenscorning.com/Roofing/Warranty-101**
**Click on Register a Standard Product Limited Warranty**

The following information is required for registration:

Original Installation Date _____

Original Purchaser's Name _____

Owens Corning® Shingle Name/Color Installed _____

Number of Squares Installed _____

Address of Property _____

_____

***Note:*** *Please retain proof of purchase and installation date with
your important records in the event that you choose to transfer this
warranty in the future, or upload these documents as you register this
warranty online.*

**TO TRANSFER THIS WARRANTY:**

See **TRANSFERABILITY OF THIS WARRANTY** for
exceptions.

**Contact 1-800-ROOFING**
For this warranty to be transferred, the second Owner must
contact 1-800-ROOFING within sixty (60) days after the
date of the real estate transfer to obtain the benefits of this
warranty. And must have the following:

(1)  Proof of purchase of the Owens Corning®
     Roofing System and

(2)  The installation date and ownership history

For more information, call 1-800-GET-PINK® or visit
our website at: www.owenscorning.com/roofing.
©2015 Owens Corning. All Rights Reserved.





# Standard Product Limited Warranty on Roofing Shingles.

This warranty includes limitations on its transferability.

**THIS WARRANTY GIVES YOU SPECIFIC LEGAL RIGHTS, AND YOU MAY ALSO HAVE OTHER RIGHTS WHICH VARY FROM STATE TO STATE OR PROVINCE TO PROVINCE.**

**Introduction**

Thank you for your recent purchase of Owens Corning® roofing shingles manufactured by Owens Corning Roofing and Asphalt, LLC ("Owens Corning"). We believe we manufacture the highest quality and most attractive shingles available anywhere, and that is why we stand behind them with one of the best warranties in the industry. We have attempted to write this warranty in clear, plain English, so you will fully understand the warranty we are making to you. If anything in this warranty is not clear to you, please call us at 1-800-ROOFING or visit our web site at www.roofing.owenscorning.com.

**Who Is Covered**

To be entitled to the benefits of this warranty: (1) your property must be located in the United States or Canada and (2) you must be either (a) the original consumer purchaser (the property owner, not the installer or contractor) of one of our shingle products listed in the **"Limited Warranty Information Table"** at the end of this warranty or (b) the first person to whom the original purchaser transfers this warranty along with ownership of the structure on which the shingles are installed (either person described in (a) or (b), "Owner"). (For detail regarding transferring this warranty, please see **"Transferability of This Warranty"** below.)

**What Is Covered**

We warrant that your Owens Corning® shingles are free from any manufacturing defects that (1) materially affect the shingles' performance on your roof during the *Tru PROtection*® coverage period or (2) cause leaks during the balance of the applicable warranty period after the *Tru PROtection*® coverage period has expired. (To determine the length of the *Tru PROtection*® coverage period and the balance of the applicable warranty period, please see **"How Long Are You Covered"** below and the **"Limited Warranty Information Table"** at the end of this warranty.)

This warranty applies only to those shingles purchased after January 1, 2016 and before the date a later warranty applicable to the shingles comes into effect.

**How Long Are You Covered**

**ALL IMPLIED WARRANTIES APPLICABLE TO YOUR SHINGLES ARE LIMITED IN DURATION TO THE TRU PROTECTION COVERAGE PERIOD APPLICABLE TO SUCH SHINGLES, AS PROVIDED BY THIS WARRANTY, UNLESS A SHORTER DURATION IS PERMITTED BY APPLICABLE LAW. SOME STATES OR PROVINCES DO NOT ALLOW LIMITATIONS ON HOW LONG AN IMPLIED WARRANTY LASTS, SO THE ABOVE LIMITATION MAY NOT APPLY TO YOU.**

The length of your warranty depends on the type of Owens Corning® shingles you purchased. See the **"Limited Warranty Information Table"** at the end of this warranty for the specific warranty period that applies to your shingles.

1. *Tru PROtection*® Coverage Period—From the installation of the shingles through the *Tru PROtection*® coverage period, Owens Corning will compensate you for the cost, as reasonably determined by Owens Corning, to repair, replace or recover the defective shingles. Owens Corning reserves the right to arrange directly for the repair or replacement of your Products instead of compensating you directly. This compensation is limited as follows:

   A. If Owens Corning decides to replace the shingles, Owens Corning will compensate you only for the cost of replacement Owens Corning® shingles and the labor directly required to replace the defective shingles, both as reasonably determined by Owens Corning.

   B. If Owens Corning decides to repair or recover the shingles, Owens Corning will compensate you only for the cost of the labor directly required to repair or recover the defective shingles as reasonably determined by Owens Corning.

   C. *Tru PROtection*® coverage period does not apply to wind and algae coverage. Please see **"What About Wind Resistance"** and **"What About Algae Resistance"** below for applicable coverage.

2. Prorated Period—Once the *Tru PROtection*® coverage period for the Owens Corning® shingles purchased has expired, the prorated period will begin. During this prorated period, we will provide prorated compensation of the cost of the defective Owens Corning® shingles but no other costs

(for example, the cost of labor) will be covered. We will prorate the amount of our compensation to you to adjust for the number of years of use you have enjoyed from the original installation date through the date of your claim. For example: If you have a 25-year warranty, and you make your claim anytime in the 15th year of the warranty, our compensation to you will be reduced by 14/25ths of the Owens Corning® shingle cost at the time of purchase. For lifetime shingle coverage (for as long as Owner owns the home on which the shingles are installed), see the **"Limited Lifetime® Shingle Proration^ Table"**. Owens Corning reserves the right to arrange directly for the repair or replacement of your Products instead of compensating you directly.

3. Other Types of Structures—The coverage for all Owens Corning® shingles offered by this warranty depends on the structure on which the shingles are installed and the owner of the structure. Lifetime coverage for all Owens Corning® shingles applies only to single-family detached homes. In the instance of shingles purchased or installed on property owned by others (for example, corporations, governmental agencies, partnerships, trusts, religious organizations, schools, condominiums or cooperative housing arrangements) or installed on any other structures (for example, apartment buildings or any other type of building or premises not used by individual homeowners as their residence), the warranty period for lifetime shingles will be 40 years from the original installation date of the shingles, and the *Tru PROtection*® coverage period will be five years. For lifetime shingle coverage (for as long as Owner owns the home on which the shingles are installed), see the **"Limited Lifetime® Shingle Proration^ Table"**.

### Limited Lifetime® Shingle Proration^ Table

| | Tru PROtection® Period Years 1–10 | Prorated Period Years 11–40 | Prorated Period Years 41 and Beyond |
|---|---|---|---|
| Single family detached home owned by individuals | 100%†† | 80% reduced by 2% every year thereafter until year 40 | 20% |
| **Structure/Owner** | **Years 1–5** | **Years 6–40** | **Years 41 and Beyond** |
| Any other types of structures or owners | 100%††† | 87.5%††† reduced by 2.5% every year thereafter until year 40 | No coverage |

^ For as long as owner owns home.
†† Of costs covered under this warranty.

4. Exceptions—All of Owens Corning's obligations of compensation under this warranty (whether for repair, replacement, recovery or refunding a prorated portion of the cost of the defective shingles) are subject to the limitations provided by this warranty. Owens Corning will not provide compensation for any underlayment, metalwork, flashings or other related work, and we will not compensate for the cost to remove or dispose of your shingles.

5. What About Wind Resistance—Your shingles contain asphalt sealant that requires direct warm sunlight for several days ("Thermal Sealing") in order to seal properly. If your shingles are installed during a period of cool weather, they may not adequately seal until the season changes or the weather warms, and if your shingles never receive direct sunlight or are not exposed to adequate surface temperatures, they may never achieve Thermal Sealing. Prior to your shingles achieving Thermal Sealing, your shingles are more vulnerable to blow-offs and wind damage. This is the fundamental nature of shingles and not a manufacturing defect, and we are not responsible for any blow-offs or wind damage that might occur prior to Thermal Sealing having occurred. After your shingles have achieved Thermal Sealing, however, they will be covered under this warranty if they experience blow-offs or damage or shingles in winds up to the levels and for the period from the original installation date ("Wind Warranty Period") listed in the **"Limited Warranty Information Table"** at the end of this warranty.

**HOWEVER, THE COVERAGE AGAINST SHINGLE BLOW-OFFS OR WIND DAMAGE IS IN EFFECT FOR A PERIOD OF 15 YEARS FOR LIFETIME SHINGLES AND FIVE YEARS FOR ALL OTHER SHINGLES FROM THE ORIGINAL DATE OF INSTALLATION.**

Owens Corning will be liable only for the reasonable cost of replacing blown-off shingles (to include material and labor during the applicable *Tru PROtection*® warranty period) and the reasonable cost of manually sealing the unsealed shingles remaining on the roof.

Pub. No. 10013320 H. Printed in U.S.A. January 2016. THE PINK PANTHER™ & © 1964-2016 Metro-Goldwyn-Mayer Studios Inc. All Rights Reserved. The color PINK is a registered trademark of Owens Corning. © 2016 Owens Corning. All Rig

6. **What About Algae Resistance**—If the shingles that you purchased were not specifically labeled as "Algae Resistant" ("AR"), then any discoloration caused due to algae is not covered by this warranty as explained in **"What is Not Covered"** below. However, if you did purchase AR shingles, they are covered for the period described in the **"Limited Warranty Information Table"** at the end of this warranty following the date of installation ("AR Warranty Period") against brown-black staining caused due to growth of blue-green algae (primarily the cyanobacteria Gloeocapsa magma). We do not cover the effects of other growth, such as mold, lichen and green algae. If brown-black staining occurs during the AR Warranty Period, you will be entitled to the following remedy:

   A. Remedy for Blue-Green Algae Growth—If your AR shingles are discolored due to blue-green algae growth during the first year of the AR Warranty Period, we will compensate you for the cost, including labor (such cost not to exceed the initial cost of the AR shingles plus the initial cost of installation), as reasonably determined by Owens Corning, to repair, replace or recover the affected AR shingles. For purposes of this AR shingle warranty, the term "repair" as used above refers to cleaning or otherwise removing any blue-green algae growth from affected AR shingles. Decisions regarding whether your AR shingles should be repaired, replaced or recovered will be made solely by Owens Corning.

   B. Proration—If your AR shingles have been installed longer than 1 year, labor will not be covered, and our compensation will be limited to a prorated amount of the original purchase price of the affected AR shingles. We will prorate your compensation to take into account the number of full years of use that you have enjoyed from the original installation date through the date of your claim. For example: If you make your claim anytime in the 4th year of the AR warranty and the AR Warranty Period is 10 years, our compensation to you will be in the amount of the original purchase price of the affected AR shingles, reduced by 3/10ths of the original purchase price of the affected AR shingles.

**Transferability of This Warranty (Note: Based on Original Installation Date)**
This warranty is not transferable except as follows: You may only transfer this warranty 1 time, anytime during the life of the warranty, to the purchaser of the structure on which the shingles are installed. For this warranty to transfer and the second Owner to obtain the benefits of this warranty, the second Owner must, within 60 days after the date of the real estate transfer, contact 1-800-ROOFING and submit together: (1) proof of purchase of the Owens Corning® shingles, and (2) the installation date and ownership history.

1. If the transfer takes place within the *Tru PROtection*® coverage period (see the **"Limited Warranty Information Table"**), the second Owner is entitled to the same coverage as the original Owner.

2. If the transfer occurs after the *Tru PROtection*® coverage period (see the **"Limited Warranty Information Table"**), the balance of the warranty period (other than the AR Warranty Period and Wind Warranty Period) will automatically be reduced to a 2-year period after the date of ownership change. If there is a manufacturing defect that causes leaks during this 2-year period, our compensation to the second Owner will be based only on the original cost of the defective shingles reduced by the amount of use the second Owner and the original Owner have enjoyed from the original installation date through the date of your claim.

3. The AR Warranty Period and Wind Warranty Period are fully transferable. The second Owner will receive the balance of the coverage outlined in the **"Limited Warranty Information Table"** based upon the original installation date.

**What is Not Covered**
Our warranty does not cover damage to the Owens Corning® shingles due to any cause not expressly covered in this warranty. After our shingles leave our manufacturing facility, they are subjected to conditions and handling beyond our control that could affect their performance. This warranty does not cover any problems with non-defective shingles caused by conditions or handling beyond our control. Some examples of conditions not covered by this warranty include:

1. Acts of God, such as hail, strong storms (e.g., hurricanes) or winds over the maximum wind speed listed in the **"Limited Warranty Information Table"** at the end of this warranty, ice damming above the area covered by leak barriers or flashings or snow or water infiltration through exhaust vents.

2. Damage to or failure of the shingles as a result of damage to or the failure of the underlying roofing structure.

3. Foot traffic on your roof or damage caused by objects (e.g., tree branches) falling on your roof.

4. Improper or faulty installation of your shingles—installation must be in accordance with our written installation instructions and comply with local building codes.

5. Shading, variations in the color of your shingles or discoloration caused by algae, fungi, lichen or cyanobacteria (unless covered under the section **"What About Algae Resistance"** above).

6. Improper or inadequate ventilation or roof drainage or any damage due to improperly installed unvented attics. Some exceptions may apply. If you have questions, please contact us at 1-800-ROOFING.

7. Settlement of the structure of your property or buckling or cracking of the deck over which your shingles are installed.

8. Leaks caused by pre-existing conditions, structural failures or damaged areas on or near the roof that are not part of the roofing system, such as chimneys that have loose or cracked mortar, skylight seams or soil pipe boots that allow water to enter the structure or roofing system.

9. Damage to the shingles caused by alterations made after completion of application, including structural changes, equipment installation, power washing, painting or the application of cleaning solutions, coatings, or other modifications.

10. Any damage due to debris, resins or drippings from foliage.

11. Improper storage, handling or other conditions beyond our control.

12. Damages caused by, or the cost to repair or replace, any non-Owens Corning® shingles.

13. Improperly designed or installed gutter or downspout systems.

14. Any costs that you incur that are not authorized in advance by Owens Corning.

**Replacement Shingle Variations**
As a result of our ongoing efforts to improve and enhance our shingle product line, we must reserve the right to discontinue or modify our shingles, including their colors. We are not liable to you if you make a warranty claim in the future and any replacement shingles you receive vary in color either because of normal weathering or changes in our product line. You should understand that if we replace any of your shingles under this warranty, we reserve the right to provide you with substitute shingles that are comparable only in quality and price to your original shingles.

**Compensation**
Under the terms of this warranty, the manner of compensation is at Owens Corning's sole discretion and may be arranged by Owens Corning directly or issued in the form of cash settlement or material credit for Owens Corning® products to an existing supplier of Owens Corning® roofing materials. All costs must be pre-approved by Owens Corning.

**Claims Process**
To make a claim under this warranty, you must do so within 30 days after you discover the problem. To fully evaluate your claim, we may ask you to provide, at your expense, pictures of your shingles or shingle samples for us to test. You must do so in order to be eligible to make a claim under this warranty. To make a claim or if you have any questions, call us at 1-800-ROOFING or visit us at www.owenscorning.com/roofing. If you repair or replace your Owens Corning products before Owens Corning has made a determination on your claim, your claim may be denied.

**No Modifications to This Warranty**
The terms of this warranty may not be waived or modified (whether by a statement, omission, course of dealing or any act), except by a writing signed by an officer of Owens Corning or a licensed attorney in the Owens Corning legal department. Other than such an officer or attorney, nobody (regardless of whether an Owens Corning employee, a contractor, an installer or otherwise) has authority to act on behalf of Owens Corning (for example to waive or modify this warranty, to make representations or warranties or to undertake any liability). This warranty represents the entire agreement between the parties and replaces all other communications, warranties, representations and guarantees.

**Mandatory Arbitration**
To the extent permitted by applicable law, Owens Corning and you agree to arbitrate all disputes and claims arising out of or relating to this warranty or Owens Corning® shingles ("Dispute"). This warranty evidences a transaction in interstate commerce, and the Federal Arbitration Act governs the interpretation and enforcement of this

Reserved

PUBLICATION DATE: January 1, 2016

provision. A party who intends to seek arbitration must first send to the other, by certified mail, a written notice of intent to arbitrate ("Notice"). The Notice to Owens Corning should be addressed to: One Owens Corning Parkway, Toledo, Ohio 43659 ("Arbitration Notice Address"). The Notice must (a) describe the nature and basis of the claim or dispute; and (b) set forth the specific relief sought ("Demand"). If the parties do not reach an agreement to resolve the claim within 30 days after Notice is received, you or Owens Corning may commence an arbitration proceeding. All issues are for the arbitrator to decide, including the scope of this arbitration clause, but the arbitrator is bound by the terms of this warranty. The arbitration shall be governed by the Commercial Dispute Resolution Procedures and the Supplementary Procedures for Consumer Related Disputes (collectively, "AAA Rules") of the American Arbitration Association ("AAA"), as modified by this warranty, and shall be administered by the AAA.

**YOU AND OWENS CORNING HEREBY WAIVE THE RIGHT TO A TRIAL BY JURY.**

The arbitrator may award injunctive relief only in favor of the individual party seeking relief and only to the extent necessary to provide relief warranted by that party's individual claim.

**YOU AND OWENS CORNING MAY BRING CLAIMS AGAINST THE OTHER ONLY IN EACH PARTY'S INDIVIDUAL CAPACITY, AND NOT AS A PLAINTIFF OR CLASS MEMBER IN ANY PURPORTED CLASS OR REPRESENTATIVE PROCEEDING.**

Further, you agree that the arbitrator may not consolidate proceedings of more than one person's claims, and may not otherwise preside over any form of a representative or class proceeding.

**Governing Law and Forum**

This warranty and all Disputes are governed by United States Federal laws and laws of Ohio. Subject to the "Arbitration" provision in this warranty, if there are any Disputes that cannot be arbitrated, then the parties consent to the exclusive jurisdiction and venue of the state and federal courts in Ohio with respect to such Disputes.

**Savings and Severability**

To the extent that this warranty is inconsistent with applicable law, this warranty is hereby modified to be consistent with such applicable law. If an arbitrator or court determines that any term in this warranty is illegal or unenforceable, the parties intend for the arbitrator or court to interpret or modify this warranty to effect the original intent of the parties as closely as possible while rendering the term and this warranty fully legal and enforceable. If a term in this warranty cannot be rendered legal and enforceable accordingly, the parties intend for the arbitrator or court to sever the illegal or unenforceable term from this warranty, leaving the remainder of this warranty enforceable.

**Limitations**

THIS WARRANTY IS YOUR EXCLUSIVE WARRANTY FROM OWENS CORNING AND REPRESENTS THE SOLE REMEDY TO ANY OWNER OF OWENS CORNING® SHINGLES. OWENS CORNING MAKES NO OTHER REPRESENTATIONS, WARRANTIES OR GUARANTEES OF ANY KIND OTHER THAN THOSE STATED EXPLICITLY IN THIS WARRANTY.

YOUR REMEDY FOR DEFECTIVE SHINGLES IS FULLY DESCRIBED IN THE ABOVE SECTION, **"HOW LONG ARE YOU COVERED"**. YOU ARE NOT ENTITLED TO ANYTHING MORE THAN WHAT IS DESCRIBED IN THAT SECTION UNLESS OTHERWISE COVERED BY AN OPTIONAL OWENS CORNING ENHANCED WARRANTY. OWENS CORNING HAS NO REASON TO KNOW ANY PARTICULAR PURPOSE FOR WHICH YOU ARE BUYING SHINGLES.

OWENS CORNING IS NOT RESPONSIBLE FOR ANY INCIDENTAL, CONSEQUENTIAL, SPECIAL, PUNITIVE, OR OTHER DAMAGES OF ANY KIND, INCLUDING DAMAGE TO YOUR STRUCTURE OR TO YOUR STRUCTURE'S CONTENTS, WHETHER FOR BREACH OF THIS WARRANTY, NEGLIGENCE, STRICT LIABILITY OR OTHER CLAIMS DERIVED IN TORT OR FOR ANY OTHER CAUSE.

SOME STATES OR PROVINCES DO NOT ALLOW THE EXCLUSION OR LIMITATION OF INCIDENTAL OR CONSEQUENTIAL DAMAGES, SO THE ABOVE LIMITATION OR EXCLUSION MAY NOT APPLY TO YOU.

**FOR CANADA ONLY** — The terms in this warranty, except to the extent lawfully permitted, do not exclude, restrict, or modify but are in addition to any provincial laws.

## Limited Warranty Information Table

| | Warranty Length | TruPROtection® Nonprorated Period | Wind Warranty Protection | Wind Warranty Length | Algae/ Warranty Length |
|---|---|---|---|---|---|
| Berkshire®† | Lifetime^ | 10 YRS | 130 MPH | 15 YRS | 15 YRS |
| Devonshire™ | Lifetime^ | 10 YRS | 130 MPH | 15 YRS | 10 YRS |
| Woodmoor® | Lifetime^ | 10 YRS | 110/130 MPH*** | 15 YRS | 10 YRS |
| Woodcrest® | Lifetime^ | 10 YRS | 110/130 MPH** | 15 YRS | 10 YRS |
| WeatherGuard® HP†/††† | Lifetime^ | 10 YRS | 110/130 MPH** | 15 YRS | 10 YRS |
| Duration® Series†† | Lifetime^ | 10 YRS | 130 MPH | 15 YRS | 10 YRS |
| Oakridge®†† | Lifetime^ | 10 YRS | 110/130 MPH*** | 15 YRS | 10 YRS |
| Supreme® | 25 YRS | 5 YRS | 60 MPH | 5 YRS | 10 YRS |
| Classic® | 20 YRS | 3 YRS | 60 MPH | 5 YRS | |

^As long as one owns home.

† Berkshire® Hip & Ridge is required for 15-year Algae Resistance Limited Warranty.

†† Includes TruDefinition® Duration®, TruDefinition® Duration STORM®,‡ TruDefinition® Duration® Designer Colors Collection, TruDefinition® Duration MAX,® Duration® Premium Cool and Duration® Premium shingles.

††† Includes TruDefinition® WeatherGuard® HP, and TruDefinition® Oakridge® shingles.

‡ WeatherGuard® HP Shingles require WeatherGuard® HP Hip & Ridge Shingles and TruDefinition® Duration STORM® Shingles require ProEdge STORM® Hip & Ridge Shingles to complete a UL 2218, Class IV impact-resistant roof system.

** 130 MPH is applicable only with 6-nail application in accordance with installation instructions.

*** 110 MPH is standard with 4-nail application. 130 MPH is applicable only with 6-nail application and Owens Corning® Starter Shingle products application along eaves and rakes in accordance with installation instructions.

^ Proration is calculated annually based on the original installation date. There are no partial year prorations.

1 AR is available regionally. Visit www.owenscorning.com/roofing for availability in your zip code.

NOTE: When properly installed, Owens Corning® Hip & Ridge shingle warranty terms will match with the corresponding roofing shingle. (See specific Owens Corning® Hip & Ridge shingle installation instructions for details.)

Name of Contractor

Date of Installation

Address

City                    State                    ZIP

Phone Number



May 01, 2017

BEER, LARRY
610 10TH ST

FENNIMORE, WI USA 53809

RE: GAF CLAIM NO 30103639

Dear   LARRY BEER

This is to confirm that a GAF Warranty Claim has been established in your name, and has been assigned the above referenced claim  number. Please refer to this claim number on all submissions  associated with the evaluation of this claim. In order to evaluate your claim, we ask that you please complete the enclosed claim form and submit all of the documentation requested in the attached Claim Checklist. We realize that collecting this information can be time consuming and difficult, however it is important to include all information below to make sure that your claim can be processed expeditiously.

We strongly recommend that you engage the services of a professional to assist you in completing this claim.  Please note that all items submitted for the evaluation of this claim become the property of  GAF and cannot be returned to you regardless of the disposition of this claim. GAF does not assume responsibility for damages or injury to persons or property in connection with the removal of any required samples. The removal of samples shall be undertaken at the sole risk of the Claimant or the Claimant's representative. If you choose to hire a builder or professional roofer to perform this task, please note that it will be at your own expense.

With the exception of the sample submitted in connection with this claim, if you need to repair or replace your GAF products before your claim is resolved, you MUST provide GAF with reasonable notice. If you have already repaired or replaced your GAF products without notifying GAF about this claim or before GAF has completed its evaluation, your claim may be denied.

Please remember to label your claim number on ALL documents, photographs, and samples submitted. Enclose all documents, photographs,and samples in a sturdy package. Close and secure the package with packing tape. Attach the enclosed return label to the package. Please send all documents, samples, and photographs to:

GAF Warranty Claims center
1 Campus Drive
3N-105
Parsippany, NJ 07054

Failure to submit all of the required documents, samples and photographs within 270 days from the date of this letter or failure to comply with our investigation may result in the denial of your claim. After we have received your claim submissions, you must allow reasonable time for an analysis of your claim by GAF. If you have any additional questions or concerns, please contact the Warranty Claims Department at 800-458-1860 or e-mail us at warrantyclaims@gaf.com.

Thank you for your cooperation.  We look forward to resolving your claim as quickly as possible.

GAF

*Warranty Service Department*

1 Campus Drive  Parsippany NJ   07054

**CLAIM NO.**_____

**GAF**
**WARRANTY CLAIMS CENTER**
**1 CAMPUS DRIVE**
**3N-105**
**PARSIPPANY, NJ 07054**



1 ... omess Drive
Panapapana, NJ ... 7054

# CLAIM DOCUMENTATION CHECKLIST

**NOTE:** All of the below listed documentation must be submitted together with a completed Claim Form (enclosed).  Please see the enclosed cover letter for complete instructions.

(1) **PROOF OF OWNERSHIP**

  (A) If you are the current owner of the property on which the subject shingles were installed, and were the owner of the property at the time the shingles were installed, enclose 1 of the following documents:

| Property Deed | :: Property Tax Bill (From Year of Installation) | :: Mortgage Statement (From Year of Installation) |
| --- | --- | --- |

-OR-

  (B) If you are the current owner of the property on which the subject shingles were installed, but you were not the owner of the property at the time the shingles were installed, enclose 1 of the following documents:

| :: Property Deed | :: Property Tax Bill (From Year of Purchase) | :: Mortgage Statement (From Year of Purchase) |
| --- | --- | --- |

-AND-

| :: Documentation demonstrating that you notified GAF in writing of the transfer of ownership within the time specified by the applicable warranty. |
| --- |

(2) **PROOF OF QUANTITY** – Enclose 1 of the following documents listing the quantity of shingles installed i.e. squares, bundles or linear feet:

| :: Shingle Sales Receipt | :: Shingle Invoice (Accompanied by Proof of Payment) | :: Roofer's Invoice, Estimate, or Contract (Accompanied by Proof of Payment) |
| --- | --- | --- |

(3) **PROOF OF INSTALLATION** – Enclose 1 of the following documents indicating the date the shingles were installed on the subject property:

| :: Shingle Sales Receipt | :: Shingle Invoice, Roofer's Invoice, Roofer's Contract (Accompanied by Proof of Payment) | :: Certificate of Occupancy |
| --- | --- | --- |

Claim No. _____                                        Page 1

(4) **PHOTOGRAPHS** – All photographs should be in color, at least 3 inches by 5 inches, and have the property address clearly written on the back:

| |
|---|
| □ At least 3 (three) taken from a distance and showing the entire structure (front and back) |
| □ At least 2 (two) of each roof plane showing the entire plane and condition of the GAF product(s) |
| □ At least 2 (two) showing existing ventilation (soffit, eave, ridge, box vents, etc.) |
| □ At least 1 (one) close up of the affected area |
| □ At least 1 (one) clearly showing the location of the roof from which the sample will be taken (prior to removal) and at least 1 (one) clearly showing the same location (after removal). |

(5) **SAMPLES** – Samples are required for certain warranty claims. Samples are used to determine product ID and whether or not the shingles contain a manufacturing defect.

| |
|---|
| □ 2 full-size shingles that measure approximately 12" by 36" |
| If the product is experiencing an issue with color variation, submit 1 shingle from the "light" area and 1 shingle from the "dark" area. |

**Shingle Removal Instructions:**

| |
|---|
| **Sealed Shingles:** Shingles are difficult to remove after they have sealed. |
| **Work On Cool Shingles:** Cool shingles are easier to remove. If possible, select shaded shingles or cool the shingles with cold water. |
| **After Cooling, Fracture Sealant:** Using a metal pry bar, separate the shingles by prying the bar between the shingles. The sealant should snap or pop loose. |
| **Remove the Nails:** Remove the nails from the shingle you want to submit to GAF for evaluation and the shingle above it. Select shingles that exhibit the reported condition. |
| **Replace the Shingles:** Replace the shingles with new shingles with the same design to avoid water entry. |
| **Hand Seal the New Shingles:** Hand seal the new shingles in place. |

For definitions of any of the roofing terms referred to above, please refer to http://www.gaf.com/Roofing/Residential/Glossary_Of_Roofing_Terms.



1 Campus Drive
Parsippany, NJ 07054

# GAF SHINGLES WARRANTY CLAIM FORM

Claim Number:

## I.    CLAIMANT INFORMATION

| Name: | Co-Owner's Name: |
|---|---|
| Street Address: | Apt. Number: |
| City: | State/ Zip: |
| Daytime Phone: | Alternate Phone: |
| E-mail: | Do you consent to receive official information about the claim via e-mail?  **YES  /  NO** |
| Do you currently own the property?  **YES  /  NO** | Has there been an assignment of the claims relating to the shingles? *(If yes, you must provide proof of the assignment with this claim form.)*  **YES  /  NO** |

**Original Owner or Qualifying Subsequent Owner:**

Did you own the property at the time the shingles were installed?          **YES  /  NO**

!F you answered NO:

Did you notify GAF of the transfer of ownership?          **YES  /  NO**
If so, please enclose any documentation that you provided to GAF as well as proof of the date you purchased the property.

**Enhanced Warranties:**

Did you purchase either a System Plus or a Golden Pledge warranty?          **YES  /  NO**

Warranty No. _____

**II.     DESCRIPTION OF PROPERTY (WHERE SHINGLES INSTALLED)**
        (Please fill out a separate copy of this section for each property.)

| | |
|---|---|
| Number of structures that are the subject of this claim: | Name of Current Occupant (If different from Claimant): |
| Street Address of Building with shingles (If different from Claimant's Address): | Apt. Number: |
| City: | State / Zip: |

| PROPERTY TYPE: What type of property was or are the shingles installed on? (Select one.) | | |
|---|---|---|
| ☐ Single Family Residence | ☐ Apartment Building | ☐ Commercial |
| ☐ Condominium | ☐ Duplex | ☐ Other/ Describe: |

**III.    IDENTIFICATION, INSTALLATION AND CONDITION OF SHINGLES**
        For definitions of any of the roofing terms referred to below, please refer to
        http://www.gaf.com/Roofing/Residential/Glossary_Of_Roofing_Terms.

| | |
|---|---|
| What type of shingles were installed? | |
| When were the shingles installed? | |
| **How were the shingles installed? (Select one.)** | |
| ☐ New Construction | ☐ Recover Over Asphaltic Shingles |
|  | ☐ Recover Over Wood Shingles |
| ☐ Complete Tear Off | ☐ Recover Over Unknown/ Other |
| **Type of Deck (Select all that apply.)** | |
| ☐ Plywood or OSB | ☐ Other Type: |
| ☐ Wood Planks<br>    Width: _____ | |

Claim No. _____                                    Page 2

| Type of Ventilation (Select all that apply.) | |
|---|---|
| ☐ Ridge Vents | ☐ Power Vents |
| ☐ Roof Turbines | ☐ Gable Vents |
| ☐ Eave Vents | ☐ Roof Vents |
| ☐ Soffit Vents | ☐ Other Type Vents: |

| Pitch |
|---|

Pitch of the Roof(s):

*Note: The pitch of the roof refers to the slope of the roof. A roof's pitch is calculated by the number of inches it rises vertically for every 12 inches it extends horizontally. A roof that rises 6 inches vertically for every 12 inches horizontally has a 6/12 pitch.*

| Provide the name and address of the builder or roofing contractor who installed the GAF product(s) | | |
|---|---|---|
| Name: | | |
| Street Address: | | |
| City: | State: | Zip: |

| Condition of the Shingles |
|---|

Total Number of Shingles that are affected (Each shingle measures approximately 12" by 36"):

Describe your specific concern with the shingles and specify the areas of the roof where those concerns are manifested:

When did you first discover the problem with your shingles as described above:

| Repair/ Replacement History |
|---|

Have you repaired or replaced any portion(s) of the roof on which the shingles are installed as a result of the problems described above?

**YES / NO**

If you answered YES, describe the repairs, specify the reason the repairs were made, indicate when the repairs were made and by whom. *(In the alternative, you may provide documentation of such repairs in the form of an invoice from the roofing contractor who performed them.)*

Claim No. _____

## IV.    OTHER CLAIMS

Have you (or to your knowledge any prior owner) ever made a warranty claim to GAF regarding the subject shingles?

**YES / NO**

If you answered YES, please provide the GAF Warranty Claim Number:

Have you (or to your knowledge any prior owner) ever made an insurance claim regarding the subject shingles?

**YES / NO**

If you answered YES, please provide Name of Insurance Carrier and Insurance Claim Number:

## V.    INSPECTION

If GAF determines that the property should be inspected, do you wish to be present for the inspection?

**YES / NO**

## VI.    CERTIFICATION

**This document is signed under penalties of perjury.** Per my signature below, I also authorize GAF to verify the Claim, including by retaining an Inspector to inspect the shingles on the Property, if GAF determines an inspection is necessary. I further certify that all samples and photographs that I have supplied (or will supply) are from the roof that is the subject of this claim and are typical of the damage to the roof or roof plane for which I seek compensation.

_____          _____

Signature of Claimant                              Date

## Larry Beer

**From:** "Madonna, Salvatore" <SMadonna@gaf.com>
**Date:** Tuesday, August 29, 2017 3:46 PM
**To:** "Larry Beer" <beerls@tds.net>
**Attach:** Capture.PNG; 20170829165424837.pdf
**Subject:** 30103639 Beer

Larry,

Once again I presented your claim to my direct manager in which he indicated the denial was appropriate. The shingle samples as well as the photos definitely show an impact to the roof.

Unfortunately impact damage to the shingles is not considered a manufacturing defect. Your warranty does state that impact damages would not be covered as well as any hail event.

I wish I could have given you better news, but the denial will stand.

I have enclosed a portion of the warranty that outlines the limitations of coverage.

I have also enclosed the revised denial letter with the 3/23/17 date of occurrence of hail.

Yours truly,

*Sal Madonna*
Warranty Claims Specialist



1 Campus Drive,
Parsippany, New Jersey 07054
Phone (800) 458-1860 , option 5,2,1 ext.1631
Fax (973) 628-3943
Email: smadonna@gaf.com

This email, including any attachments, is for the sole use of the intended recipient(s), and may contain information that is confidential or legally protected. If you are not the intended recipient, any disclosure, copying, distribution, or use of the contents of this information or any attachments is prohibited and may be unlawful. If you have received this electronic transmission in error, please reply immediately to the sender by return e-mail that you have received the message in error and delete it along with any attachments.

*They use the Desirit climate weather report in their lab*

8/29/2017



*Warranty Services Department*

1 Campus Drive, Parsippany, NJ 07054

August 29, 2017

Larry Beer
610 10th St.
Fennimore, WI 53809

Re:  GAF Claim: 30103639

Dear Mr. Beer:

This is to advise you that GAF has completed the evaluation of the above referenced claim. After careful examination of your claim by our Warranty Claims Center, it has been determined that the samples submitted meet our manufacturing specifications.  Unfortunately, your claim has been denied for the following reason:

After careful examination of your claim by our Warranty Claims Center, it has been determined that the impact event on March 23rd, 2017 was the cause of the damage.
The lab feels that the hail event was the cause of the impact damage. Please be advised that we do not cover any hail damage claims per the warranty.

Should you have any questions, please feel free to contact Warranty Services at 1-800-458-1860.  We are open Monday – Friday from 8:30am – 5:00pm EST.

Sincerely,

*Sal Madonna*

Sal Madonna
Claims Representative
1-800-458-1860
smadonna@gaf.com

# Great Protection—The GAF-Elk Smart Choice Shingle Limited Warranty # 5 7



**Great Protection – The GAF-Elk Smart Choice Shingle Limited Warranty**

## Who Is Covered by This Limited Warranty

## Manufacturing Defects: What Is Covered/Sole and Exclusive Remedy

### Table I

| # Of Years Installed | Proration Factor | # Of Years Installed | Proration Factor | # Of Years Installed | Proration Factor |
|---|---|---|---|---|---|
| | | | | | |

## Wind Damage/Blow-Offs/Failure To Seal: What Is Covered/Sole and Exclusive Remedy

## Algae Discoloration: What Is Covered/Sole and Exclusive Remedy

## Limitations on Coverage

## Other Limitations and Conditions

## Claims: What You Must Do

## Sole and Exclusive Warranty

## Modification of Warranty

## Effective Date

### Table 2a

| Shingle | Warranty Term For Manufacturing Defects (yrs) | Smart Choice Protection Period (yrs) | Maximum Wind Coverage (mph, km/h) |
|---|---|---|---|
| Sentinel | 20 | 3 | 60/96 |
| Royal Sovereign | 25 | 5 | 60/96 |
| Marquis WeatherMax | 30 | 5 | 80/130 |
| Timberline Natural Shadow | 30 | 5 | 100/160 |
| Timberline Prestique 30 | 30 | 5 | 110/175 |
| Timberline Prestique 40 | 40 | 5 | 110/175 |
| Timberline Canadian 40 | 40 | 5 | 110/175 |
| Timberline Prestique Grande 40/40 | 40 | 5 | 110/175 |
| Timberline ArmorShield II | Lifetime | 10 | 130/209 |
| Timberline Prestique Lifetime | Lifetime | 10 | 130/209 |
| Slateline | Lifetime | 10 | 130/209 |
| Capstone | Lifetime | 10 | 130/209 |
| Grand Sequoia | Lifetime | 10 | 130/209 |
| Grand Canyon | Lifetime | 10 | 130/209 |
| Country Mansion | Lifetime | 10 | 130/209 |
| Grand Slate | Lifetime | 10 | 130/209 |
| Camelot | Lifetime | 10 | 130/209 |

### Table 2b

| Shingle | Wind Coverage With Special Installation (mph, km/h) | Wind Coverage With Special Installation (mph, km/h) |
|---|---|---|
| Timberline Natural Shadow | 100/160 | 80/130 |
| Timberline Prestique 30 | 110/175 | 80/130 |
| Timberline Prestique 40 | 110/175 | 80/130 |
| Timberline Canadian 40 | 110/175 | 80/130 |
| Timberline Prestique Grande 40 | 110/175 | 80/130 |
| Timberline ArmorShield II | 130/209 | 110/175 |
| Timberline Prestique Lifetime | 130/209 | 90/145 |
| Slateline | 130/209 | 110/175 |
| Capstone | 130/209 | 80/130 |
| Grand Sequoia | 130/209 | 80/130 |
| Grand Canyon | 130/209 | 100/160 |
| Country Mansion | 130/209 | 110/175 |
| Grand Slate | 130/209 | 110/175 |
| Camelot | 130/209 | 110/175 |

## Larry Beer

**From:**     "Brian Reifschneider" <brtruhome2016@hotmail.com>
**Date:**     Wednesday, May 3, 2017 9:34 PM
**To:**       <beerls@tds.net>
**Subject:**  Roof bid



There was hail damage to the roof of Larry Beers house roof and garage! Damage to ridge vent and east sides of roof!
Remove old roof
Replace rotten wood
Ice/water shield
Synthetic underlay ment
Ridge vent vent boots
Flashings
Dumpster included in price
Owens Corning 50year shingle

$23000.00

Get Outlook for iOS

5/4/2017



Porter's

Wisconin

Inspections. LLC

6938 Otter Creek Rd
Avoca, WI 53506
608-583-6024
warrenporter2@gmail.com


To Larry Beer
610 10th St.
Fennimore, WI 53809

Larry this is a report on my observations at your home relating to the hailstorm effects on your home, especially relating to the newer roof shingles.

Though there does not appear to be many circular impact areas, there are numerous small holes where the grit was dislodged. I would add pictures to this report but they do not show well. The issue with these areas is that the UV radiation from the sun will shorten the life of the roofing as the grit is designed to reflect the damaging solar radiation. In my opinion the roof could possibly age 25% to 30% faster, which means shorter life expectancy. Since the shingle company does not cover hail damage and basically your shingles have lost their warranty I would be expecting the insurance company to at a minimum pay out 30% of a replacement roof. The 30% would be best as inflation will eat into this in the coming years. I have seen other insurance claims that actually pay to have the shingles completely replaced in cases like this.

The other hail damaged areas where you have documentation and bids from contractors appear to be in line with what I observed. Since I am an inspector and not a contractor I do not keep up with repair costs so I cannot be of much assistance there.

Warren J. Porter

WI Registered Home Inspector #88-106
POWTS Maintainer #72209
WOWRA Powts Evaluator #2008032
DNR Pump Installer #6648
Rental Weatherization #72209

*Warren Porter*

was on the State of Wisconsin's Dept. of Regulation and Licensing committee, to assist with the origination of the Standards of Practice exam when Wisconsin rules dictated registration of Home Inspectors in 1998, served as Vice President of the Madison Chapter of the Wisconsin Association of Home Inspectors at that time and later became education director for several terms. **strong belief in a common sense attitude of discussing inspection findings and educating the home buyer.**

**INVOICE**
610 10th St
Fennimore, Wisconsin 53809
(608) 822-6858

**Porter's
Wisconsin
Inspections** LLC

| | |
|---|---|
| Client: | Larry Beer |
| Invoice Number: | 150932101 |
| Invoice Date: | Friday, May 12, 2017 |

Total Amount Due
**$150.00**

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Roof Hail Damage Inspection | $150.00 | $150.00 |

**Subtotal:** $150.00

| | Amount Due |
|---|---|
| **Porter's Wisconsin Inspections LLC** · (608) 583-6024 · warrenporter2@gmail.com | $150.00 |

Thank you for your business! Submit payment to:
6938 Otter Creek Rd
Avoca, WI 53506






































# Hail storm leaves mark

## Be wary of unqualified contractors, DPW says

*Fennimore 2017 Times*

### BY ROBERT CALLAHAN

Residences in Fennimore and surrounding communities were damaged during a severe thunderstorm on Thursday afternoon, March 23.

A line of severe thunderstorms blanketed "The City on the Move" in hail at approximately 5:30 p.m. on Thursday.

"The south half of town had a lot of damage," Fennimore Director of Public Works Dennis Biddick said Monday night. "There is night and day between housing on the south half on the north half, as far as damage. You can just drive down the side streets and see just all the holes in people's sidings down here. Up here, you don't."

The City's residents have been left to assess the damage in the days since.

"That is one thing to note: there are a lot of extra people in town right now," Biddick



*ROBERT CALLAHAN PHOTO*

**Fennimore was pelted with hail last Thursday afternoon, damaging homes and City buildings, as well as automobiles.**

said. "There are insurance adjustors around. There are also a potential for unqualified contractors taking advantage of residents."

"Make sure you know who you are hiring," Mayor Ryan Boebel advised.

"Make sure they have qualifications that they can provide," Biddick added. "There are a lot of people that come in and fly by night,

see HAIL, Page 3



*ROBERT CALLAHAN PHOTO*

**Fennimore streets were blanketed with hail last Thursday afternoon. This gave some drivers the opportunity to perform donuts in the roadway with their automobiles, Fennimore Director of Public Works Dennis Biddick reported.**

## HAIL,
### from Page 1

use junk materials, put up old shingles, and three years down the road you have to replace your roof again. Be wary."

Biddick reported several City buildings were damaged in the storm, although there was no major damage.

As the hail pelted the City, Sara Brodt feared the windows of her home would be broken.

""Some of that stuff we picked up, we were getting quarter-sized," she said. "We kept it and it is in the freezer. It was wicked out there."

Biddick said the aluminum siding on his home now looks like the surface of the moon.

The newly-poured cement

floor of the City's new Fennimore Community Pool Bath House was also damaged.

"It is just cosmetic. You will never know when it is done," Biddick said. "It is just the cream on the surface. What they will end up doing is grinding the whole surface down and then just putting a coating on there. You will never know when it is finished. There is nothing structural, it is just like the top 16th of an inch."

How often has Biddick seen a hail storm like last Thursday's?

"I think the last one was either '90 or '91. I think it was '91," he said. "That was down by Darlington. We had drifts in road ditches, of hail, three or four feet tall."

Claim # LA56442001H
Travelers Insurance
12-30-2017


Attorney Ben Wood:

   This has been a very aggravating year for me.  Mainly because of Travelers Insurance and how they handled the loss I had from the hail storm on March 23, 2017.  After supplying Travelers with estimates, they chose to not to negotiate with most of the contractors, but tried to force me into an unfair settlement that would not put my house back to pre-hail condition.  They claim that their estimate shows direct physical loss; isn't the loss calculated by both contractors and insurance company?  Can an insurance company give an unjustified scope of repairs with funds that will not repair damage?  Most of the contractors I used will not return a call to Travelers because their estimates are so far off from Travelers representative's that they say it is not worth their effort or time to explain what they have written.  Travelers estimate is so low that I can't find anyone interested in the job so repairs can be done.   Since their estimate is so low, I have pleaded with Travelers to supply me with contractors that I can call to make repairs that will still keep both of us happy.  For the most part Travelers won't accept my chosen contractor's bids and refuses to supply names of contractors that would repair to their scope of repairs.  I did get two of the contractors to call Kathryn, and she didn't return their calls or e-mails.  I find it difficult to understand that most of my neighbors have their houses back in good shape, and I am here writing letters trying to get a settlement so contractors can repair the damaged home.

   I supplied Travelers with estimates from Tru Home Roofing, H&H Painting, Granville Painting, Schrader Heating and A/C, Ingersoll Plumbing and Heating, Chamberlain Electric, Radio Shack, Dubuque Glass, Dodgeville Overhead Door, Blotz Construction, Connely and Sons LLC, Goodman Gutters, and only two contractors were accepted and only after considerable trouble with multiple e-mails and phone discussions.  The troubles involving these two contractors are as follows.  Chamberlain Electric that said he would not do work for Travelers because of rude demands and manners from Kathryn McCombs.  Ben from Tricor insurance called Chamberlain and put forth an apology on behalf of Kathryn.  Dubuque Glass estimate was approved because of phone calls and negotiations by Travelers.  Travelers was given the option of settling this part of the claim or heat bill reimbursement would be necessary because of winter approaching.  This seemed to spark a quick response.

   Travelers Insurance pushed me into negotiating with contractors because they refused to call them or e-mail them.  They claimed that "the contractor's bids didn't fall into their scope of repairs". I am not a very good negotiator when someone else is supposed to do that job.  I will also say that I may have lost my temper with dealings on this claim, and I have no apologies for Travelers Insurance especially to Kathryn McCombs and Ryan Conklin.  They made life very difficult for me during this settlement process.

   At this time I would like to show appreciation to Attorney Ben Wood, Mitch Tollefson, Warren Porter, Rob Culbertson, Earl Rockwell, Gary Chamberlain, John Schrader, Kelly Ingersoll, Greg Goodman, Christopher Blotz, Jeff Hagen, Sal Madanna, Doug Paynter, Paul Connely, Chris Hinkley, Gene Granville, and last my wife Sharon for her moral support and understanding.  All these people worked diligently to achieve a fair settlement with no success.

I sent out an e-mail to the Traveler's staff on each damaged portion of the claim explaining the troubles I have had and what my view of the situations were (see e-mail in files). The response back was, "The homeowners policy issued by The Travelers Home and Marine Insurance Company ("Travelers") to you and Sharon Beer provides that, subject to all the policy terms, Travelers will cover the dwelling and personal property owned by you against risks of direct physical loss." The professional contractors wrote estimates on the direct physical loss and Travelers refused to accept their views. I believe that all the bids stated some form of hail damage in them. Traveler's scope of repairs was written in stone and they didn't even call the contractors to discuss their findings. When some of them tried to contact Travelers to discuss their findings they didn't bother to contact them back. I am referring to H&H Painting and Goodman Gutters and Schrader Heating and A/C. Tru Home didn't bother to call them back because their, "scope of repairs" was ridiculous. As far as I know, all the other contractors were never approached by them except Chamberlain Electric and Dubuque Glass. Travelers actually made an acceptable settlement on three damaged portions of the claim: the TV antenna after an argument between Kathryn McCombs and Gary Chamberlain; painting the wooden disc after excluding it on their original estimate and having my inspection crew make recommendations; and Dubuque glass because Travelers actually spent the time to call them and have them explain their findings. All other damaged facets have been grossly neglected.

I question Kathryn's estimate writing skills when her computer generated guesses are grossly under the contractor's estimates. Is she protecting their loss ratio with the underestimated scope of repairs? Kathryn questioned the honesty of contractors and that really upset me. Most of the chosen contractors have been in business for decades and many of them longer than Kathryn has been in this world. I also find it in bad taste to question our State's executive guidelines of the capabilities of licensed building inspectors. Kathryn should also acknowledge the expertise of a trained coatings representative. I think she falls short of the credentials of these people. Kathryn and Ryan should not make accusations that, "these people do not know what they are talking about". I am also concerned that I have three estimates from Kathryn and four checks that were written to try to get me to accept an inefficient settlement. If Kathryn was a "highly trained representative" and "ready to make the claim process as easy as possible", as claimed by Michael Klein President of Personal Insurance of Traveler's Insurance, my house would have been back to pre-hail condition months ago.

I have had hundreds of contacts with Travelers and contractors through personal meetings, telephone calls, E-mails, and re-inspections. Since I have received little agreement and cooperation from Kim Burnell, Ryan Conklin and Kathryn McCombs Parker, I find it necessary to move into the next step in settlement. My information will be given to you, Attorney Ben Wood, to follow through the arbitration appraisal process in negotiations. I believe you can reach a fair settlement for both Travelers Insurance and Larry Beer. Ben would you contact Travelers so you can find Travelers choice of a competent and impartial appraiser and then choose an umpire if needed for settlement? This procedure is listed on page 16 of 25 in Homeowners Policy Booklet. I will send you the files I have, a letter of Welcome from Michael Klein, copy of the policy, checks and e-mails I find pertinent. If you need more of the e-mails, please let me know.

Thank you Ben,

Larry Beer

<u>Settlement amounts</u>:

| | |
|---|---|
| Warren Porter inspection | $150.00 |
| Warren Porter re-inspection | $75.00 |
| Wood Law Office | $150.00 |
| Post Office GAF shingle warrantee | $29.19 |
| Chamberlain Electric estimate | $79.13 |
| Radio Shack estimate | $105.50 |
| Dubuque Glass estimate | $300.00 |
| Star Builders shingle replacement for GAF | $375.00 |
| A/C repair Ingersoll | $2,503.75 |
| Round fire pit cover | $90.75 |
| Furnace roof vent rain cover | $162.40 |
| Tru Home roof est. | $23,000.00 |
| Goodman Gutters est | $2,062.00 |
| Chamberlain Electric bill antenna | $727.74 |
| Dubuque Glass bill screens and doors | $4,632.80 |
| Granville Painting est. pergola | $497.00 |
| Blotz Construction pergola | $2,203.00 |
| Wind Spinner replace | $63.25 |
| Wind Spinner labor and material | $50.00 |
| Dodgeville Overhead Door est. | $2,254.00 |
| Blotz Construction garage walk through door | $1,644.35 |
| Connely and Sons LLC fascia est | $775.00 |
| H&H Painting house and garage | $14,675.00 |
| Connely and Sons LLC house siding | $12,000.00 |
| Connely and Sons LLC garage siding | $9,200.00 |
| <u>Body shop refinish bilco doors, railings, clothline poles</u> | <u>0.00 ?</u> |

|  |  |
|---|---|
| Sub total | $77,804.86 |
| Non settlement 2% inflation | $1556.10 |
| Total | $79360.96 |

5 - 13 , 20 17

Larry Bean

610 18th st. Fennimore WI

In Account With

# DODGEVILLE
# OVERHEAD DOORS

*Overhead Doors & Openers*

3637 Hwy. 18 • Dodgeville, WI 53533

608-935-0076

| QUAN. | DESCRIPTION | PRICE | AMOUNT |
|---|---|---|---|
| 2 | 10'x7 OHDoors: Long Shalom Clents By Hand + dings STeel Back door | | |
| 2 | 10'x7' insulated Steel Back door with injected Foam insulating R 12.9 with windows + installed.    2x | 1,127 ⁰⁰ | 2284 00 |
| | Total | | 2254 00 |

Payment due upon completion. 1½% interest added per month after 15 days.

STATEMENT

# GRANVILLE WHITEWASHING
# and PAINTING SERVICE

MONTFORT, WI 53569
**Phone 943-8281**

7/25/17 ,20____

– IN ACCOUNT WITH –

Larry Beer

Fennimore, WI 53809

| | |
|---|---|
| Re-Stain Pergola damaged by hail storm | |
| Sand out hail damage (4 hours) @ #35.00/hour | #140.00 |
| Pressure Wash Pergola (2 hrs) @ #65.00/hr. | 130.00 |
| Brush on 1 coat stain (4 hrs.) @ #35.00/hr. | 140.00 |
| 1 Gal. Cleaner | 23.00 |
| 1 Gal. Stain | 28.00 |
| 1 Gal. Wood Conditioner | 26.00 |
| Sandpaper | 10.00 |
| Total | #497.00 |

1½% Per Month Service Charge After 60 Days. Annual Percentage Rate 18%.

```
TRANSACTION ENTRY              POINT-OF-SALE                VERSION:  721

Employee:    TWOMBLY,ALLISON E        Store: 3471  Term: 19897  Tran: 88417
  Trans: SALE                         Tax Xcpt:

 Acct No: 1    -    -   D.I.Y.              ──── ACTIVE KEYS ────
  Job No:                             Comments        Price Source
    PRC:   1   WALK-IN
 Customer:   1   D.I.Y.               Line Discount   Tax Exception
   Terr: 0100   HOUSE                 Total           Sub-Total
    CAC: 1111   D.I.Y./CONSUMER                       Suspend
 SALES NUMBER      SZ       DESCRIPTION        QTY     PRICE   EX PRICE T
 6501-05364    14 RES EXT GL EXTRA            1.00     26.99      26.99
 6508-82814    16 SPRDK TRANS C BWN           1.00     51.99      51.99
 6403-59915    16 SPRDK DCKWSH                1.00     10.19      10.19
                                             0.00      0.00       0.00




             SUB-TOTAL:     89.17 TAX:     4.90    TOTAL:      94.07
 Enter SALES/CLASS/PRODUCT NUMBER or Enter for NON-MERCHANDISE MENU
```

Insert

Material for Pergola.

This is with the newspaper since you went against the paint dept. recommendation on varnish.

Christopher P Blotz
585 10th St.
Fennimore Wis 53809
Blotz Construction ID 08 4404

**WORK PERFORMED AT:**

LARRY Beer
610-10th St
Fennimore Wis 53809
608-822-6858

**DATE:** 9/10/17

**YOUR WORK ORDER NO.**

**OUR PID NO.**

**DESCRIPTION OF WORK PERFORMED:**

Material for Pergola
883.00

| | | |
|---|---|---|
| 5 | 4x4 x 10' | |
| 3 | 4x6 x 8' | |
| 7 | 2x6 x 10' | |
| 7 | 2x6 x 8' | |
| 8 | metal cleat | |
| 4# | deck screws | |

Stain finish, labor & supplies        $400.00
grass seed & rock        $20.00
Labor        900.00

total        $2203.00

All Material is guaranteed to be as specified, and the above work was performed in accordance with the drawings and specifications provided for the above work and was completed in a substantial workmanlike manner for the agreed sum of _____ Dollars ($ _____).

This is a [ ] Partial [ ] Full invoice due and payable by: _____ Month _____ Day _____ Year

in accordance with our [ ] Agreement [ ] Proposal No. _____ Dated _____ Month _____ Day _____ Year

NC3822

# Claims Services
# Claims Services



## Help when you need it most!

Call any TRICOR office direct or the toll-free number **877-468-7426**

Speak with your agent or

Email I Need Help

## Evenings and Weekends – a TRICOR agent is on call!

Call any TRICOR office direct or call the toll-free number **877-468-7426 ext. 3**

Email I Need Help

## Adding new Coverage

TO ADD or BIND new/additional coverage, you do need to speak with or get an email confirmation that this coverage request is bound.

**Benefit Solutions for Business**

## Your Claim
## Nothing is More Important



Bob Bellrichard
608-348-2421 ext. 1305
or
877-468-7426 ext. 1305

## Some claims are easier.

A quick conversation with your insurer or your TRICOR agent and you are set.

A repair estimate from a trusted contractor is quickly approved and the work is completed.

## Some claims are not.

Your claim is important to us regardless of how large or small it is.

Sometimes there is no easy answer and lots of work is needed to recover and again be in a good state.

We have years of experience helping our clients when they need us most.

- **Complex or simple**
- **Large or small**
- **Finding the right contractors**
- **Establishing the right values**
- **Developing the right plan of action**
- **Assistance until resolution**

Call us anytime during working hours or reach us evenings or weekends as needed. We are here to help.

Bob Bellrichard, AIC, AIS, AINS
Client Claims Advocate
608-348-2421 ext. 1305 (after hours ext. 3)
877-468-7426 ext. 1305 (after hours ext. 3)
Email Bob Bellrichard

# Porter's Wisconsin Inspections, LLC

6938 Otter Creek Rd
Avoca, WI 53506
Phone 608-583-6024  Fax 608-583-6024

**INVOICE #**
**DATE:**  June 9, 2017

**Bill To: Larry Beer**

**For:**
Inspection Services

| DESCRIPTION | AMOUNT |
|---|---|
| Trip # 2 for hail consultation with Insurance company | $75.00 |
| | |
| _pd. ck. #13457_ | |
| _6-13-17_ | |
| | |
| **TOTAL** | $75.00 |

Make all checks payable to **Porter's Wisconsin Inspections, LLC**
If you have any questions concerning this invoice, contact Warren or Peg Porter 608-583-6024

**THANK YOU FOR YOUR BUSINESS!**

Porter's

Wisconin

Inspections. LLC

6938 Otter Creek Rd
Avoca, WI 53506
608-583-6024
warrenporter2@gmail.com

To Larry Beer
610 10th St.
Fennimore, WI 53809

Larry this is a report on my observations at your home relating to the hailstorm effects on your home, especially relating to the newer roof shingles.

Though there does not appear to be many circular impact areas, there are numerous small holes where the grit was dislodged. I would add pictures to this report but they do not show well. The issue with these areas is that the UV radiation from the sun will shorten the life of the roofing as the grit is designed to reflect the damaging sun radiation.  In my opinion the roof could possibly age 25% to 30% faster, which means shorter life expectancy. Since the shingle company does not cover hail damage and basically your shingles have lost their warranty I would be expecting the insurance company to at a minimum pay out 30% of a replacement roof. The 30% would be best as inflation will eat into this in the coming years. I have seen other insurance claims that actually pay to have the shingles completely replaced in cases like this.

The other hail damaged areas where you have documentation and bids from contractors appear to be in line with what I observed. Since I am an inspector and not a contractor I do not keep up with repair costs so I cannot be of much assistance there.

Warren J. Porter

WI Registered Home Inspector #88-106
POWTS Maintainer #72209
WOWRA Powts Evaluator #2008032
DNR Pump Installer #6648
Rental Weatherization #72209

*Warren Forbes*

was on the State of Wisconsin's Dept. of Regulation and Licensing committee, to assist with the origination of the Standards of Practice exam when Wisconsin rules dictated registration of Home Inspectors in 1998, served as Vice President of the Madison Chapter of the Wisconsin Association of Home Inspectors at that time and later became education director for several terms. **strong belief in a common sense attitude of discussing inspection findings and educating the home buyer.**

## INVOICE
610 10th St
Fennimore, Wisconsin 53809
(608) 822-6858

**Porter's
Wisconsin
Inspections**

| | |
|---|---|
| Client: | Larry Beer |
| Invoice Number: | 150932191 |
| Invoice Date: | Friday, May 12, 2017 |

Total Amount Due
## $150.00

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Roof Hail Damage Inspection | $150.00 | $150.00 |

| | |
|---|---|
| **Subtotal:** | $150.00 |

| | Amount Due |
|---|---|
| | $150.00 |

**Porter's Wisconsin Inspections LLC** · (608) 583-6024 · warrenporter2@gmail.com

Thank you for your business! Submit payment to:
6938 Otter Creek Rd
Avoca, WI 53506

Claim #LA56442001H

Kathryn this wind spinner was damaged.  It was hanging in the middle of the pergola.  This needs to be replaced.  $59.95 + 5.5% sales tax.  Total: $63.25  Free Freight.  I will now  start sanding the marks out of the pergola, will let you know how much time is needed. Also I will need material for job and also need time for staining wind spinner.

Material, 1gal. Sherwin Williams Stain, paint brush, sand paper, cleaner, rental for sander, electricity, gas, rental for pressure washer, rental for ladder.  Give me the OK and I will send the bills later.

If you have a problem with this I will get a painting contractor to write a bid.  Let me know ASAP.  We need to start getting some of these damages fixed.

Thank you,
Larry Beer

Sunrise Arts Wind Spinners

# REDWOOD HELIX WIND SPINNER - 24"

Share *Facebook* *Twitter* *Pinterest*
*5.0 out of 5 stars* 1 customer review



- 

- 
- 
- 

*Previous page*



1.

*Next page*

This is a beautiful handcrafted wooden wind spinner made from Pacific redwood in a helix shape. Each wind spinner has its own natural variations from the wood grain, color, and knot patterns. The dimensions are 24 inches in length and seven inches at its widest. The edges are rounded and smooth. It comes completely assembled, with a 16 inch cord, ready to hang up and enjoy. Redwood is naturally weather resistant and we finish them with an additional UV coating.

Let the breeze dictate how fast this can spin! Wood Helix Wind Spinner. * We welcome custom orders.*

Top of Form

Qty: [ 1 ▼ ] Qty: 1

$59.95 59.95
Free Shipping

$59.95 sales tax 3.30 = 63.25

In Stock.

Usually takes between 2 and 3 days to create

Ships from and sold by Sunrise-Arts.

Gift-wrap available.

[ Add to Cart ] Add to Cart

Turn on 1-Click ordering for this browser
Bottom of Form

 

**50 Broadway St.**
**Platteville, WI 53818**
**(608) 348-5555**

| Date | Invoice # |
|------|-----------|
| 11/9/2017 | 17683 |

**Bill To**

Larry Beer
610 10th St
Fennimore, WI 53809

PAID
11/18/2017

| P.O. Number | Terms | | Location | |
|-------------|-------|---|----------|---|
| | Due on receipt | | | |

| Quantity | Description | Price Each | Amount |
|----------|-------------|------------|--------|
| | Installed A/C due to compressor failure from hail storm damage. | | |
| 1 | Champion 2 Ton A/C | 1,038.75 | 1,038.75 |
| | #W1H7984573 | | |
| 1 | 3 Ton Coil | 593.65 | 593.65 |
| | #W1K7105871 | | |
| 35 | Line Set 3/8" x 3/4" | 3.25 | 113.75 |
| 1 | 3/4" CPVC Male | 1.05 | 1.05 |
| 1 | 3/4" CPVC 90 | 0.75 | 0.75 |
| 1 | 3/4" CPVC Tee | 1.35 | 1.35 |
| 3 | 3/4" CPVC Pipe | 0.90 | 2.70 |
| 0.5 | Freon R-410 | 46.00 | 23.00 |
| 6 | 3/4" Pressed 90 | 4.20 | 25.20 |
| 4 | 3/4" Pressed Female | 6.65 | 26.60 |
| 2 | 3/4" Pressed Coupling | 3.90 | 7.80 |
| 1 | 1/2" CPVC 90 | 0.55 | 0.55 |
| 1 | 1/2" CPVC 45 | 0.75 | 0.75 |
| 1 | 1/2" CPVC Male | 0.60 | 0.60 |
| 5 | 1/2" CPVC Pipe | 0.45 | 2.25 |
| 9.5 | Labor | 70.00 | 665.00 |

| THANK-YOU FOR YOUR BUSINESS. | **Total** | $2,503.75 |
|------------------------------|-----------|-----------|

AFTER 30 DAYS, 1 1/2% PER MONTH
(18% ANNUALLY) $1.50 MINIMUM

# PROPOSAL
## SCHRADER HEATING & A/C, LLC
### PO Box 164
### FENNIMORE, WI 53809
### 608-822-HEAT (4328)
### JOHN SCHRADER

This proposal submitted to: Larry Beer

**CARRIER 24ABB324 24,000 BTU 2 Ton 13 SEER A/C Unit**
Evaporator coil installed in the furnace plenum
Insulated connecting refrigerant lineset
All high and low voltage wiring
We will check for leaks and evacuate the system with an electronic vacuum gauge
Condensate will be run to the floor drain
We will remove and dispose of the old A/C unit

I propose hereby to furnish material and labor complete in accordance with above specifications for the sum of  **$2,600.00**

You are agreeing to make payments as follows: payment of **$2,400.00** upon acceptance and the balance of **$200.00** upon completion of the job.

Amounts not paid when due are subject to an 18% A.P.R. charge.
**DEFAULT TERMS AND CONDITIONS WILL RESULT IN THE FILING OF A LIEN UNDER CHAPTER 779, WISCONSIN STATUTES.**

Authorized Signature _John Schrader_     DATE _5 - 8 - 17_

This proposal may be withdrawn by John Schrader if not accepted within 30 days from the above date.

Acceptance of Proposal: The above prices, specifications and conditions are satisfactory and are hereby accepted.  You are authorized to do the work as specified.  Payment will be made as outlined above.

Acceptance Signature_____     **DATE**_____

**PLEASE SIGN, DATE AND RETURN COPY WITH FIRST INSTALLMENT. THANK YOU!**

DAMAGES FROM HAIL STORM   MARCH 23 2017

**PROPOSAL**

SCHRADER HEATING & A/C, LLC
PO Box 164 Fennimore, WI 53809
Phone 608-822-HEAT (4328)
FAX 608-822-4328
JOHN SCHRADER

**The existing A/C system does not meet current code requirements.**
**R-22 components are no longer available**

**To meet code, condenser, refrigerant line and evaporator coil must be replaced**
**For code requirements for R-410A refrigerant.**



**PROPOSAL**





**50 Broadway**
**Platteville, WI  53818**
**(608) 348-5555**

Proposal Submitted To:                        Work To Be Performed At:

Name: Larry Beer
Street: 610 10th St                              Street: 610 10th St
City: Fennimore                                City: Fennimore
State: WI 53809                                State: WI 53809
Phone:

We hereby propose to furnish the materials and perform the labor necessary for the installation of a 13 Seer
A/C due to hail damage.

Dollars [ $2,300.00 ]

**10 Year Parts & 2 Year Labor Warranty**

All material is guaranteed to be as specific, and the above work to be performed in accordance with the
drawings and specifications submitted for above work and completed in substantial workmanlike manner.

Any alteration or deviation from above specifications, involving extra          Submitted By_____
costs, will be executed only upon written orders, and will become an            Date: 8/21/17
extra charge over and above the estimate. All agreements contingent
upon strikes, accidents or delays beyond our control. Owner to carry            Note-This proposal may be withdrawn by us if
fire, tornado and other necessary insurance upon above work.                    not accepted within 30 days.

Acceptance of Proposal

The above prices, specifications and conditions are satisfactory and are hereby accepted. You are
authorized to do the work as specified.

Date: _____        Signature: _____

Porter's

Wisconin

Inspections. LLC

6938 Otter Creek Rd
Avoca, WI 53506
608-583-6024
warrenporter2@gmail.com

To Larry Beer
610 10th St.
Fennimore, WI 53809

Larry this is a report on my observations at your home relating to the hailstorm effects on your home, especially relating to the newer roof shingles.

Though there does not appear to be many circular impact areas, there are numerous small holes where the grit was dislodged. I would add pictures to this report but they do not show well. The issue with these areas is that the UV radiation from the sun will shorten the life of the roofing as the grit is designed to reflect the damaging solar radiation. In my opinion the roof could possibly age 25% to 30% faster, which means shorter life expectancy. Since the shingle company does not cover hail damage and basically your shingles have lost their warranty I would be expecting the insurance company to at a minimum pay out 30% of a replacement roof. The 30% would be best as inflation will eat into this in the coming years. I have seen other insurance claims that actually pay to have the shingles completely replaced in cases like this.

The other hail damaged areas where you have documentation and bids from contractors appear to be in line with what I observed. Since I am an inspector and not a contractor I do not keep up with repair costs so I cannot be of much assistance there.

Warren J. Porter

WI Registered Home Inspector #88-106
POWTS Maintainer #72209
WOWRA Powts Evaluator #2008032
DNR Pump Installer #6648
Rental Weatherization #72209

*Warren Porter*

was on the State of Wisconsin's Dept. of Regulation and Licensing committee, to assist with the origination of the Standards of Practice exam when Wisconsin rules dictated registration of Home Inspectors in 1998, served as Vice President of the Madison Chapter of the Wisconsin Association of Home Inspectors at that time and later became education director for several terms. **strong belief in a common sense attitude of discussing inspection findings and educating the home buyer.**

**INVOICE**

610 10th St
Fennimore, Wisconsin 53809
(608) 822-6858

**Porter's
Wisconsin
Inspections** LLC

| | |
|---|---|
| Client: | Larry Beer |
| Invoice Number: | 150932101 |
| Invoice Date: | Friday, May 12, 2017 |

Total Amount Due
## $150.00

| Quantity | Description | Unit Price | Amount |
|---|---|---|---|
| 1 | Roof Hail Damage Inspection | $150.00 | $150.00 |

**Subtotal:** $150.00

| | Amount Due |
|---|---|
| | $150.00 |

**Porter's Wisconsin Inspections LLC** · (608) 583-6024 · warrenporter2@gmail.com

Thank you for your business! Submit payment to:
6938 Otter Creek Rd
Avoca, WI 53506

# CHAMBERLAIN ELECTRIC
## 1755 11TH STREET
## FENNIMORE, WISCONSIN 53809
## PHONE (608)-822-6564
## Computer Consulting & Repair—Tv Antenna Sales & Service



April 15th 2017

Mr Larry Beer
610 10th Street
Fennimore, WI 53809

Service Charge to Estimate cost to repair tv antenna damaged by High Winds & Hail.

| | |
|---|---|
| Sub Total | $75.00 |
| Sales Tax | $ 4.13 |
| Total | $79.13 |

Thank you

Gary Chamberlain
Chamberlain Electric

# CHAMBERLAIN ELECTRIC
## 1755 11TH STREET
## FENNIMORE, WISCONSIN 53809
## PHONE (608)-822-6564
### Computer Consulting & Repair—Tv Antenna Sales & Service

April 15th 2017

Mr Larry Beer
610 10th Street
Fennimore, WI 53809

| | |
|---|---|
| 1-Channel Master 4221 UHF Antenna | $124.95 |
| 1-Channel Master 2018 High VHF &UHF Antenna | $134.95 |
| 1-Channel Master Pre Amplifier | $129.95 |
| 1-Winegard  CC7870 Antenna Coupler | $ 34.95 |
| 70ft-RG6 Coaxial Wire & Ends | $ 30.00 |
| Labor to install | $125.00 |

| | |
|---|---|
| Sub Total | $579.80 |
| Sales Tax | $ 31.89 |
| Total | $611.69 |

The above items were damaged due to high winds and hail.

Thank you



Gary Chamberlain
Chamberlain Electric

# CHAMBERLAIN ELECTRIC
## 1755 11TH STREET
## FENNIMORE, WISCONSIN 53809
## PHONE (608)-822-6564
## Computer Consulting & Repair—Tv Antenna Sales & Service



September 15th 2017

Mr Larry Beer
610 10th Street
Fennimore, WI 53809

| | |
|---|---:|
| 1-Channel Master 4221 UHF Antenna | $159.95 |
| 1-Channel Master 2018 High VHF &UHF Antenna | $149.95 |
| 1-Channel Master Pre Amplifier | $139.95 |
| 1-Winegard  CC7870 Antenna Coupler | $ 44.95 |
| 70ft-RG6 Coaxial Wire & Ends | $ 45.00 |
| Labor to install | $150.00 |

|  |  |
|---|---:|
| Sub Total | $689.80 |
| Sales Tax | $ 37.94 |
| Total | $727.74 |

The above items were damaged due to high winds and hail.

Thank you

Gary Chamberlain
Chamberlain Electric

Pd #13500



**RadioShack.** FRANCHISE/DEALER STORE

**STORE OWNED AND OPERATED BY**

608822-6858   6-26-17

Look over
Antenna
System

SOLD TO *Larry Beer*
610 4th St
Fennimore WI 53809

| INVOICE NO. | |
|---|---|
| STORE NO. 22- | |
| DATE | |

| CAT. NO. | DESCRIPTION | QTY. | PRICE | AMOUNT |
|---|---|---|---|---|
| Trip Charge | Trip Charge 15 miles | | 50⁰⁰ | 5000 |
| Labor | Labor | | 50⁰⁰ | 50·⁰⁰ |
| | | | | 100⁰⁰ |

Sales, Returns and Exchanges are subject to the terms and conditions identified on the back.

SUB TOTAL  ~~105~~5.50
TAX
TOTAL  105.50

Pd in full ch # 13461



**RadioShack** FRANCHISE/DEALER STORE

STORE OWNED AND OPERATED BY

6-26-17

*Antenna is an Equivalent To what is installed*

SOLD TO *Larry Beer*
610 th St
Fennimore WI 53809

| INVOICE NO. | |
|---|---|
| STORE NO. | 22- |
| DATE | |

| CAT. NO. | DESCRIPTION | QTY. | PRICE | AMOUNT |
|---|---|---|---|---|
| Cm 2020 | Channel master Antenna | 2 | 129.99 | 259.98 |
| CM-7777 | Titan 2 Amplifer | 1 | 89.98 | 89.99 |
| Trip Charge | Service Trip 15+miles | 1 | 50.00 | 50.00 |
| | RG6 wire | 50 | .30 | 15.00 |
| | RG6 Ends | 8 | 1.00 | 8.00 |
| | Labor | 5 | 50.00 | 250.00 |
| 150-0297 | 5ft mast | 1 | 14.99 | 14.99 |
| WGD CC 7870 | Combiner splitter | 1 | 24.99 | 24.99 |
| | | | | 712.95 |

Sales, Returns and Exchanges are subject to the terms and conditions identified on the back.

| SUB TOTAL | 712.95 |
|---|---|
| TAX | 39.21 |
| TOTAL | 752.16 |

ESTIMATE ONLY
Due to Hail Damage

all replacement Parts & Labor For excisting Antenna









---

## PROPOSAL

---

TO:   **Larry Beer**              Project:    Hail damage garage
      Larry Beer
      610 10th Street             Date:       9/8/2017
      Fennimore, WI 53809

*We propose to furnish all materials, equipment, and labor, subject to any exclusions listed below, required to complete the following:*

1.   **Hail damage garage**                                          **$9,200.00**

     *Description of Services:*
     East and South elevations only.
     Remove and dispose of cedar shakes and cedar trim
     Install new house wrap
     Install new shakes and trim to match West and North elevations.
     All materials provided by Connely and Sons.

|  | Subtotal: | **$9,200.00** |
|---|---|---|
|  | *0% Tax:* | *$0.00* |
|  | **TOTAL:** | **$9,200.00** |

---

**Terms and Conditions**

---

50% paid before work can begin.

Weekly progress billing based upon % of completion.

EXCLUSIONS:
Anything outside of the above detailed Scope of Work.
Prices good for 30 days.

Connely & Sons LLC · 1420 Garfield Street · Fennimore, WI 53809



**PROPOSAL**

TO: **Larry Beer**
Larry Beer
610 10th Street
Fennimore, WI 53809

Project:   Hail damage house

Date:   9/8/2017

*We propose to furnish all materials, equipment, and labor, subject to any exclusions listed below,
required to complete the following:*

1.  **Hail damage house**                                          **$12,000.00**

   *Description of Services:*
   East exposure
   Remove and dispose of cedar shakes and trim.
   Install new house wrap.
   Install new shakes and trim to match.
   All materials provided by Connely and Sons.

|  | Subtotal: | $12,000.00 |
|---|---|---|
|  | *0% Tax:* | *$0.00* |
|  | TOTAL: | $12,000.00 |

**Terms and Conditions**

50% paid before work can begin.

Weekly progress billing based upon % of completion.

EXCLUSIONS:
Anything outside of the above detailed Scope of Work.
Prices good for 30 days.

Connely & Sons LLC · 1420 Garfield Street · Fennimore, WI 53809