# Benchmark® Hail History Report

**Date of Report**   September 10, 2018 16:36 CDT

**Claim Details**

| | | | |
|---|---|---|---|
| Property Address: | 610 10TH ST FENNIMORE, WI | Agent/Adjuster Name: | Kimberly D. Burnell |
| | | Company: | Travelers |
| ZIP Code: | 53809 | Address: | |
| Claim Number: | LA56442 | | |
| Reported Date of Loss: | 9/9/18 | Phone: | |
| Reported Cause of Loss: | | Email: | KBURNELL@travelers.com |
| Assignment Date: | | Latitude: | 42.983029 |
| Report Period: | 01 Jan 2009 - Present | Longitude: | -90.649039 |

## Benchmark® Weather History near location since 1 January 2009

| Date | At Property Address Est. Hail Size (") | Within 3 Miles Est. Hail Size (") | Date | At Property Address Est. Hail Size (") | Within 3 Miles Est. Hail Size (") |
|---|---|---|---|---|---|
| 9-Aug-18 | ---- | 0.75 | 19-Aug-16 | 0.75 | 0.75 |
| 1-Aug-18 | 0.75 | 0.75 | 4-Aug-16 | 0.75 | 0.75 |
| 9-Jun-18 | 0.75 | 0.75 | 23-Jul-16 | 0.75 | 0.75 |
| 25-May-18 | ---- | 0.75 | 21-Jul-16 | 0.75 | 0.75 |
| 2-May-18 | 0.75 | 0.75 | 7-Jul-16 | 0.75 | 0.75 |
| 2-Sep-17 | ---- | 0.75 | 5-Jul-16 | 0.75 | 0.75 |
| 27-Aug-17 | ---- | 0.75 | 22-Jun-15 | 0.75 | 0.75 |
| 21-Jul-17 | ---- | 0.75 | 3-May-15 | ---- | 0.75 |
| 19-Jul-17 | 0.75 | 0.75 | 9-Apr-15 | 0.75 | 0.75 |
| 12-Jul-17 | 0.75 | 0.75 | 7-Jul-14 | 0.75 | 1.00 |
| 2-Jul-17 | ---- | 0.75 | 30-Jun-14 | 0.75 | 1.00 |
| 29-Jun-17 | ---- | 0.75 | 29-Jun-14 | 0.75 | 1.00 |
| 28-Jun-17 | 0.75 | 0.75 | 18-Jun-14 | 1.00 | 1.00 |
| 14-Jun-17 | ---- | 0.75 | 16-Jun-14 | ---- | 0.75 |
| 17-May-17 | ---- | 0.75 | 12-May-14 | ---- | 0.75 |
| 15-May-17 | 0.75 | 0.75 | 12-Apr-14 | ---- | 0.75 |
| 23-Mar-17 | 1.00 | 1.25 | 19-Sep-13 | ---- | 1.50 |
| 21-Sep-16 | ---- | 0.75 | 24-Jun-13 | 1.00 | 1.50 |
| 19-Sep-16 | ---- | 0.75 | 22-Jun-13 | ---- | 0.75 |
| 13-Sep-16 | ---- | 0.75 | 21-Jun-13 | 1.00 | 1.25 |

*All values reflect the maximum value on the calendar day. The at property hail size value is determined by the maximum value within 1 mile of the property. A significant hail event is defined by 0.75" diameter hail or greater.*

This report is powered by the Benchmark natural hazard history database. To learn more about the information in this report, please visit http://www.verisk.com/Benchmark



Disclaimer
This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgments and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2018. All rights reserved.

TRV 000074

# Benchmark® Hail History Report

## Description of Hail Measurements

**Damaging weather values**

| Measure | Units | Description | High | Typical | Low |
|---|---|---|---|---|---|
| Estimated Size of Hail | Inches (Diameter) | 0.75" is lower boundary of hail size that causes property damage. Typically damaging hail ranges from 1-4" diameter. Approx. sizes: 3/4" dime; 1" quarter; 1.5" ping pong ball; 1.75" golf ball; 4" grapefruit; 4.5" softball. | 1-4" | < 1" | < 0.75" |

## Benchmark® Weather History Reports

Benchmark® data has been demonstrated to align with the occurrence of severe weather. We regularly review its accuracy and calibrate our algorithms using industry claims data to maximize performance. Benchmark processes high resolution hail, wind, precipitation and reflectivity radar data using numerical models and proprietary algorithms developed by our advanced- degreed meteorologists and scientists. We ingest data from the WSR-88D radar network using the dual polarization capability to derive the most accurate representation of the weather. At Verisk, we create hazard indexes that specifically pertain to the insurance industry and their service partners.

Verisk provides software, data, and analytics for enterprise climate risk management. Insurers can apply these solutions to help improve customer service, achieve more accurate risk selection, and reduce claims cycle time. Manufacturers, distributors, and retailers rely on Verisk to accelerate revenue growth through more accurate forecasts of product demand and to promote stable operations by helping mitigate supply chain risk. Our analyses and results draw on disaster risk models from AIR Worldwide®, vertically integrated data from Verisk Analytics, and environmental data and expertise from Atmospheric and Environmental Research (AER™).

**Trademarks**
Verisk Insurance Solutions is a trademark and Benchmark, ISO and Verisk Analytics are registered trademarks of Insurance Services Office, Inc. AER is a trademark of Atmospheric and Environmental Research, Inc. A R Worldwide is a registered trademark of A R Worldwide Corporation.

**Disclaimer**
This report and the information and data contained therein (Report) are wholly advisory in nature and are provided as is. Insurance Services Office, Inc. (ISO) shall have no liability and shall not be responsible for business and legal conclusions, judgments and decisions made with respect to the Report. ISO does not warrant and makes no representations regarding the completeness, currency, accuracy, or predictive value of the Report. ISO assumes no responsibility for the accuracy of the Report and is not responsible for errors resulting from omitted, misstated or erroneous information or assumptions.

© Insurance Services Office, Inc. (ISO) 2018. All rights reserved.



TRV 000075