

**Ryan Conklin**
*Claim Manager*
Naperville, IL
(630) 961-4282
877.414.8051 (fax)

P.O. Box 660456
Dallas, TX 75266

October 16, 2018

Larry and Sharon Beer
610 10th St
Fennimore, Wisconsin 53809

|  |  |
|---|---|
| Named Insured: | Larry Beer and Sharon Beer |
| Claim No.: | LA56442 |
| Insurance Co.: | The Travelers Home and Marine Insurance Company |
| Policy No.: | 600123720- 633- 1 |
| Date of Loss: | 3/23/2017 |
| Location: | 610 10TH Street, Fennimore |

Dear Mr. and Mrs. Beer:

I am writing regarding this claim and your March 20, 2018 request for an appraisal under the homeowners policy issued to you by The Travelers Home and Marine Insurance Company ("Travelers"). Travelers replied to your appraisal request with our letter dated April 9, 2018 and requsted additional information from you and agreement on the terms of the appraisal. To date we have yet to receive a response from you and as such Travelers is not in a position to move forward with the appraisal process.

Please respond within 14 days of this letter with the additional information requested and your agreement to the terms of appraisal as outlined in our April 9, 2018 letter. I have attached a copy of the April 9, 2018 letter for your reference.

If you would like to discuss this matter further, please do not hesitate to contact me

Sincerely,

**THE TRAVELERS HOME AND MARINE INSURANCE COMPANY**



Ryan Conklin
Claim Manager

TRV 000433

Page 2

CC: David Miller
Eric Koertge

TRV 000434